E-FILED
Thursday, 24 March, 2005  03:52:00 PM
Clerk, U.S. District Court, ILCD

EXHIBIT A

# EXHIBIT A

## ROD SKOWRONSKI

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | DMX | Ruff Ryders' Anthem | It's Dark And Hell Is Hot | 252-613 |
| Sony BMG Music Entertainment | Destiny's Child | Bills, Bills, Bills | The Writing's on the Wall | 268-936 |
| Capitol Records, Inc. | Poison | Fallen Angel | Open Up & Say....Ahh! | 93-741 |
| Arista Records LLC | TLC | No Scrubs | Fanmail | 298-454 |
| Capitol Records, Inc. | Poison | Unskinny Bop | Flesh and Blood | 119-355 |
| Arista Records LLC | TLC | Red Light Special | CrazySexyCool | 198-743 |
| UMG Recordings, Inc. | Avant | Separated | My Thoughts | 281-220 |
| Maverick Recording Company | Candlebox | Far Behind | Candlebox | 171-393 |

EXHIBIT B

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | SearchField

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| tonya24@KaZaA | George Thurogood-Bad to the Bone.mp3 | George Thurogood | 2,907KB | Audio |
| tonya24@KaZaA | RAP - SIR MIX ALOT - BUTTER MILK - BISCUITS.MP3 | SirMixAlot | 3,304KB | Audio |
| tonya24@KaZaA | Violent Femmes - Add It Up (1).mp3 | Violent Femmes | 1,358KB | Audio |
| tonya24@KaZaA | Hell Is for Children.mp3 | Pat Benatar | 5,762KB | Audio |
| tonya24@KaZaA | FOUR Non Blonds- Whats Up.mp3 | 4 Non Blondies | 4,610KB | Audio |
| tonya24@KaZaA | Jane's Addiction - Been Cought Stealing.mp3 | Janes | 3,325KB | Audio |
| tonya24@KaZaA | White Zombie - Astro Creep.mp3 | White Zombie | 3,648KB | Audio |
| tonya24@KaZaA | Soundgarden - Fell On Black Days.mp3 | Soundgarden | 6,618KB | Audio |
| tonya24@KaZaA | Freak me.mp3 | Silk | 3,239KB | Audio |
| tonya24@KaZaA | Queen - Fat Bottomed Girls.mp3 | Queen | 4,009KB | Audio |
| tonya24@KaZaA | Weird Al - Ugly Girl.mp3 | Aqua | 1,030KB | Audio |
| tonya24@KaZaA | R.E.M. - Crush With Eyeliner.mp3 | REM | 4,355KB | Audio |
| tonya24@KaZaA | Metallica - Sanitarium.mp3 | Metallica | 6,011KB | Audio |
| tonya24@KaZaA | Tone-Loc - Wild Thing.mp3 | Tone Loc | 4,075KB | Audio |
| tonya24@KaZaA | Next - Real close.mp3 | Next | 3,588KB | Audio |
| tonya24@KaZaA | ZZ Top - Pearl Necklace.mp3 | ZZTOP | 3,825KB | Audio |
| tonya24@KaZaA | Tim McGraw - Indian Outlaw.mp3 | Tim Mcgraw | 2,808KB | Audio |
| tonya24@KaZaA | Fabolous - Into You (feat Ashanti).mp3 | 3 | 6,441KB | Audio |
| tonya24@KaZaA | Tone_Loc_-_Funky_Cold_Medina.mp3 | Tone Loc | 2,260KB | Audio |
| tonya24@KaZaA | Jesus Jones - Right Here Right Now.MP3 | Jesus Jones | 2,590KB | Audio |
| tonya24@KaZaA | ACDC - Big Balls.mp3 | ACDC | 2,499KB | Audio |
| tonya24@KaZaA | Just Incase - Jahiem (feat Next).mp3 | Jahiem | 1,959KB | Audio |
| tonya24@KaZaA | insane clown posse - my fun house.mp3 | Insane Clown Posse | 4,659KB | Audio |
| tonya24@KaZaA | KC_The Sunshine Band - Shake Your Bootie .mp3 | KC and The Sunshine Band | 2,930KB | Audio |
| tonya24@KaZaA | Charlie Daniles Band - The Devil Went Down To Georgia.m... | Charlie Daniles Band | 3,349KB | Audio |
| tonya24@KaZaA | 06.mp3 | Jay-Z | 3,839KB | Audio |
| tonya24@KaZaA | 50 Cent- Up In the Club.mp3 | 50cent | 5,664KB | Audio |
| tonya24@KaZaA | Joplin, Janice-Mercedes Benz.mp3 | Janis Joplin | 3,363KB | Audio |
| tonya24@KaZaA | Grateful Dead - Truckin' (1).mp3 | Greatful Dead | 3,280KB | Audio |

Found 1229 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | Grateful Dead - Truckin' (1).mp3 | Greatful Dead | 3,280KB | Audio |
| tonya24@KaZaA | Billy Gilman - Oklahoma.mp3 | Billy Gilman | 5,730KB | Audio |
| tonya24@KaZaA | Billy Gilman - I Think She Likes Me.mp3 | Billy Gillman | 2,930KB | Audio |
| tonya24@KaZaA | ICP - Cherry Pie.mp3 | Insane Clown Posse | 6,404KB | Audio |
| tonya24@KaZaA | Billy Gillman - Oaklahoma.mp3 | Billy Gilman | 1,905KB | Audio |
| tonya24@KaZaA | Captain and Tenille - Muskrat Love.mp3 | 3 | 3,188KB | Audio |
| tonya24@KaZaA | Funk.kpl | Unknown | 0KB | |
| tonya24@KaZaA | usher - Slow Jam (Feat Monica) (1).mp3 | Usher | 4,415KB | Audio |
| tonya24@KaZaA | GINUWINE - Differences.mp3 | 3 | 2,079KB | Audio |
| tonya24@KaZaA | Babyface - Nobody Knows It But Me.mp3 | 3 | 4,785KB | Audio |
| tonya24@KaZaA | Electronica.kpl | Unknown | 0KB | |
| tonya24@KaZaA | Leann Rymes - Amazing Grace.mp3 | Leeann Rimes | 3,845KB | Audio |
| tonya24@KaZaA | RB - KC and Jojo - All My Life.mp3 | KC and Jo Jo | 3,452KB | Audio |
| tonya24@KaZaA | God Bless.mp3 | Leanne Rymes | 2,730KB | Audio |
| tonya24@KaZaA | ja rule ft. ashanti-mesmerize.mp3 | jarule ft. ashanti | 4,356KB | Audio |
| tonya24@KaZaA | Slow Songs - Jon B (1).mp3 | babyface and jon b | 3,741KB | Audio |
| tonya24@KaZaA | Ginuwine - When Doves Cry (1).mp3 | ginuwine | 3,272KB | Audio |
| tonya24@KaZaA | Jagged Edge - Let's Get Married.mp3 | 3 | 6,169KB | Audio |
| 2 Users | Ja Rule - Ashanti - Mesmerized.mp3 | Ja Rule | 6,533KB | Audio |
| tonya24@KaZaA | IMX - Clap Your Hands.mp3 | 3 | 3,415KB | Audio |
| tonya24@KaZaA | slow jams.mp3 | Twista Ft. Kayne West | 3,220KB | Audio |
| tonya24@KaZaA | Romeo and Juliet-09-Everybody's Free.mp3 | 3 | 1,402KB | Audio |
| tonya24@KaZaA | Fat Joe - What's Love (with Ja Rule).mp3 | 3 | 3,131KB | Audio |
| tonya24@KaZaA | g-unit - I'm so sorry (ft the game).mp3 | G-Unit | 3,953KB | Audio |
| tonya24@KaZaA | Slow Songs - Seal - Kissed By A Rose.mp3 | Seal | 4,499KB | Audio |
| tonya24@KaZaA | 50 cent - Magic Stick.mp3 | 50 cent and Lil Kim | 2,069KB | Audio |
| tonya24@KaZaA | b2k - uh huh.mp3 | B2K | 5,187KB | Audio |
| tonya24@KaZaA | (03) B2k - Why I Love You.mp3 | B2K | 1,882KB | Audio |
| tonya24@KaZaA | Coyote Ugly - Leanne Rymes - Can't Fight the Moonlight.m... | LeAnn Rimes | 3,409KB | Audio |

Found 1229 files | 97,060 users online, sharing 846,846,960 files (4164,704 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | [icons] | Tell A Friend

New search | Download | [icons] | Search Field

| User | Filename | Artist | Size | Media Type | [Info] |
|---|---|---|---|---|---|
| tonya24@KaZaA | Coyote Ugly - Leanne Rymes - Can't Fight the Moonlight.m... | LeAnn Rimes | 3,409KB | Audio | ca... |
| tonya24@KaZaA | Frankie J - Don't Want To Try.MP3 | 3 | 3,866KB | Audio | Frankie |
| tonya24@KaZaA | U Got It Bad .MP3 | Usher | 1,686KB | Audio | |
| tonya24@KaZaA | big_50cent_nigga.mp3 | 50 Cent and Biggie | 3,330KB | Audio | |
| tonya24@KaZaA | 50_Cent - Get Rich or Die Hard Tryin' - 04 - Many Men.mp3 | 50 Cent | 7,009KB | Audio | Ma... |
| tonya24@KaZaA | Eve 6 - Promise.mp3 | Eve6 | 2,758KB | Audio | |
| tonya24@KaZaA | JAGGED EDGE - I DONT WANNA.mp3 | Jagged edge | 4,673KB | Audio | |
| tonya24@KaZaA | tupac feat nas- thug_mansion-acoustic.mp3 | 3 | 3,751KB | Audio | tupac feat nas- thu... |
| tonya24@KaZaA | yeah-confessions_usher.mp3 | Usher | 2,575KB | Audio | |
| tonya24@KaZaA | 2pac - Ghost (1).mp3 | tupac | 6,036KB | Audio | |
| tonya24@KaZaA | tupac.mp3 | Tupac with Eminem | 5,268KB | Audio | One Day At A Time (Em's Version... |
| tonya24@KaZaA | Tupac ft. Notorious BIG - Running(dirty).mpga.mp3 | tupac | 3,619KB | Audio | Runnin f... |
| tonya24@KaZaA | G-Unit - Real Rude Boys.mp3 | Sean Paul ft. 50 Cent | 3,519KB | Audio | |
| tonya24@KaZaA | juvinile - My life.mp3 | Juvenile | 6,784KB | Audio | |
| tonya24@KaZaA | 36 Mofia - Weed.mp3 | 3 | 2,896KB | Audio | |
| tonya24@KaZaA | CHINGY-RIGHT THURR-ECHT.asf | Unknown | 9,247KB | Video | CHINGY-R... |
| tonya24@KaZaA | 12-nick_lachey_-_shut_up-jfK.mp3 | Nick Lachey | 4,901KB | Audio | |
| tonya24@KaZaA | world Beat.kpl | Unknown | 0KB | | |
| tonya24@KaZaA | Yeah (1).mp3 | Usher, ft Lil' Jon, Ludacris | 5,832KB | Audio | |
| 2 Users | | | | | |
| tonya24@KaZaA | Thru the Wire.wma | The A. | 6,127KB | Audio | |
| tonya24@KaZaA | Ruben Studdard - Sorry 2004.mp3 | RUEBEN STUDDAR | 5,730KB | Audio | |
| tonya24@KaZaA | Head Bustas.mp3 | Lil Scrappy f/Lil Jon | 3,733KB | Audio | H... |
| tonya24@KaZaA | sheryl crow-first cut is the deepest (0).mp3 | 3 | 3,482KB | Audio | sheryl crow-first cut... |
| tonya24@KaZaA | 01-r_kelly_feat.mp3 | R Kelly Feat. Cassidy | 5,840KB | Audio | |
| tonya24@KaZaA | Kelly Price - He Proposed to me.wma | The A | 2,409KB | Audio | |
| tonya24@KaZaA | petey pablo - freak a leak.mp3 | petey pablo | 5,094KB | Audio | |
| tonya24@KaZaA | Alicia Keys - If I Aint Got You.ASF | Unknown | 7,872KB | Video | Alicia Key... |
| tonya24@KaZaA | Bee Gees - How Deep Is Your Love.mp3 | Bee Gees | 3,830KB | Audio | How... |
| tonya24@KaZaA | Nick Cannon feat. B2K - Feelin' Freaky(1).mp3 | Nick Cannon feat. B2K | 3,849KB | Audio | |

Found 1,229 files | 97,060 users online, sharing 86,848,960 files (484,704 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  My Kazaa  Actions  Help

New search | Download | Theater | Search | Traffic | Shop | Search Field | Tell A Friend

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | Nick Cannon Feat. B2K - Feelin' Freaky(1).mp3 | Nick Cannon Feat. B2K | 3,849KB | Audio |
| tonya24@KaZaA | Chingy - One Call Away.wmv | Unknown | 18,097KB | Video |
| tonya24@KaZaA | COOLIO - GANSTA'S PARADISE.MP3 | Coolio | 3,773KB | Audio |
| tonya24@KaZaA | lil_wyte-09-i_know_you_strapped-rage.mp3 | Lil' white | 4,663KB | Audio |
| tonya24@KaZaA | joe feat g unit - ride wit u.mp3 | Joe | 3,444KB | Audio |
| tonya24@KaZaA | 08 in da hood.wma | 50 Cent_G Unit | 1,291KB | Audio |
| tonya24@KaZaA | (05) Bow Wow - My Baby ft. Jagged Edge.wma | The A. | 2,993KB | Audio |
| tonya24@KaZaA | Three Six Mafia and Twista - Smoked Out.mp3 | 36 Mafia and Twista | 2,966KB | Audio |
| tonya24@KaZaA | 16-g-unit-lay_you_down-rns (8).mp3 | G-Unit | 5,698KB | Audio |
| tonya24@KaZaA | Lil Scrapy and Lil John - HEAD BUSSA.mp3 | LIL SCRAPPY/LIL JON | 2,990KB | Audio |
| tonya24@KaZaA | David Banner - Crank It Up.wma | David Banner | 1,551KB | Audio |
| tonya24@KaZaA | Petey Pablo-Freek-A-Leek ({).wma | Petey Pablo | 3,726KB | Audio |
| tonya24@KaZaA | 06 If I Aint Got You ({).wma | Alicia Keys | 3,615KB | Audio |
| tonya24@KaZaA | 07 If I Aint Got You.wma | Alicia Keys | 3,644KB | Audio |
| tonya24@KaZaA | Joe - I Wanna Get to Know You.mp3 | G-Unit | 4,193KB | Audio |
| tonya24@KaZaA | beg for mercy1.mp3 | G-Unit | 3,222KB | Audio |
| tonya24@KaZaA | AlbumArt_{964F04C1-D841-487F-B584-4CA12244E9C9}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{964F04C1-D841-487F-B584-4CA12244E9C9}_... | Unknown | 13KB | Image |
| tonya24@KaZaA | Achy Breaky Heart Billy Ray Cyrus.wma | The A. | 3,239KB | Audio |
| tonya24@KaZaA | 08-Boot Scootin' Boogie-Brooks_Dunn-Brand-New-Man-C... | Unknown | 3,893KB | Audio |
| tonya24@KaZaA | Loyd Banks-If I could go(Freestyle).mp3 | Lloyd Banks | 3,411KB | Audio |
| tonya24@KaZaA | 06 - Lox Beat Freestyle.mp3 | Lloyd Banks | 1,317KB | Audio |
| tonya24@KaZaA | AlbumArt_{20ACE94C-23F4-4DE6-B411-816CC774B307}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{20ACE94C-23F4-4DE6-B411-816CC774B307}_... | Unknown | 9KB | Image |
| tonya24@KaZaA | AlbumArt_{7EF7449C-8149-4B1E-8255-179C1297044E}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{7EF7449C-8149-4B1E-8255-179C1297044E}_L... | Unknown | 14KB | Image |
| tonya24@KaZaA | AlbumArt_{00000000-0000-0000-0000-000000000000}_S... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{CE33FC6D-7F90-4AD3-8087-37784CB71F00}_... | Unknown | 9KB | Image |
| tonya24@KaZaA | AlbumArt_{CE33FC6D-7F90-4AD3-8087-37784CB71F00}_L... | Unknown | 1KB | Image |

Found 1229 files | 67,060 users online sharing 868,869,960 files (464,704 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | [Download] | New search | Search | Tell A Friend | Shop | Traffic | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tonya24@KaZaA | AlbumArt_{CE33FC6D-7F90-4AD3-8087-37784CB71F00}_... | Unknown | 1KB | Image | AlbumArt_{CE33FC6D-7F90-4AD... |
| tonya24@KaZaA | AlbumArt_{CE33FC6D-7F90-4AD3-8087-37784CB71F00}_... | Unknown | 6KB | Image | AlbumArt_{CE33FC6D-7F90-4AD... |
| tonya24@KaZaA | AlbumArt_{ED947231-CFDF-4AB9-B408-D8E7C2FED08E}_... | Unknown | 2KB | Image | AlbumArt_{ED947231-CFDF-4AB... |
| tonya24@KaZaA | Nelly - Hot in Herre (The real hot in here).mp3 | Nelly | 3,669KB | Audio | Hot in Herre |
| tonya24@KaZaA | Missy Elliot - Work It.MP3 | Missy Elliot | 3,984KB | Audio | |
| tonya24@KaZaA | Cadillac On 22s.mp3 | David Banner | 4,118KB | Audio | |
| tonya24@KaZaA | R. Kelly - 11 - Forever - simple.mp3s.mp3 | R. Kelly | 5,788KB | Audio | |
| tonya24@KaZaA | Mercy Me- I can only imagine.mp3 | MercyMe | 2,924KB | Audio | |
| tonya24@KaZaA | Busta Rhymes - I Know What You Want ft. Mariah Carey... | The A | 3,206KB | Audio | I Know What You Wa... |
| tonya24@KaZaA | mark_wills_dont_laugh_at_me.mp3 | Mark Wills | 1,704KB | Audio | |
| tonya24@KaZaA | Nickelback - Someday (4).mp3 | Nickelback | 4,903KB | Audio | |
| tonya24@KaZaA | three doors down - love me when im gone (1).mp3 | AND 1 | 3,923KB | Audio | three doors down - love... |
| tonya24@KaZaA | ACDC - Have A Drink On Me.mp3 | ACDC | 9,346KB | Audio | |
| tonya24@KaZaA | ACDC - Money Talks.mp3 | ACDC | 3,532KB | Audio | |
| tonya24@KaZaA | Tupac - THUG N U THUG N ME.mp3 | 2 Pac | 4,238KB | Audio | |
| tonya24@KaZaA | Feelin On Ya Booty.mp3 | R. Kelly | 2,886KB | Audio | |
| tonya24@KaZaA | Bone Thugz N Harmony - Crossroads.mp3 | Bone Thugs n Harmony | 3,541KB | Audio | |
| tonya24@KaZaA | Eminem _ The Outsidaz - Get The Dick.mp3 | D12 ; The Outsidaz | 5,084KB | Audio | |
| tonya24@KaZaA | R. Kelly - Feeling On Your Booty.mp3 | R. Kelly | 3,873KB | Audio | |
| tonya24@KaZaA | Three Doors Down - Here Without You.MP3 | 3 Doors Down | 1,609KB | Audio | |
| tonya24@KaZaA | Mary J Blige - Im Goin Down.mp3 | Mary J. Blige | 3,039KB | Audio | |
| tonya24@KaZaA | Copy of G unit - Stunt 101 (Dirty).wma | G unit | 578KB | Audio | |
| tonya24@KaZaA | Aerosmith - Come Together (1).mp3 | AND 1 | 2,248KB | Audio | Aerosmith - |
| tonya24@KaZaA | the promise ring - forget me.mp3 | 3 | 4,576KB | Audio | the prom... |
| tonya24@KaZaA | jessica simpson-in this skin-loving you.mp3 | Jessica Simpson | 3,407KB | Audio | |
| tonya24@KaZaA | (05) Three 6 Mafia - Bin Laden.wma | The A. | 2,961KB | Audio | |
| tonya24@KaZaA | Kelly Price-01-(New Release).mp3 | Kelly Price | 3,389KB | Audio | |
| tonya24@KaZaA | Jessica Simpson-in this skin-BE.mp3 | Jessica Simpson | 3,859KB | Audio | |
| tonya24@KaZaA | kmd210_en.exe | Sharman Networks Ltd | 3,974KB | Software | |

Found: 1,229 Files        97,060 users online, sharing 866,848,360 files (4847701 GB)   Not Sharing any files   Kazaa

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| tonya24@KaZaA | kmd210_en.exe | Sharman Networks Ltd | 3,974KB | Software |
| tonya24@KaZaA | RB.kpl | Unknown | 1KB | Audio |
| tonya24@KaZaA | (02) Jessica Simpson - With You.wma | The A | 1,900KB | Audio |
| tonya24@KaZaA | Coal miners daughter.mp3 | Loretta Lynn | 3,022KB | Audio |
| tonya24@KaZaA | AlbumArt_{E1B38D79-B8D8-4FBB-B0D5-65B44C680C82}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{E1B38D79-B8D8-4FBB-B0D5-65B44C680C82}_... | Unknown | 9KB | Image |
| tonya24@KaZaA | AlbumArt_{2E8925DC-585D-4266-B99C-DC189F2BAD6F}_... | Unknown | 1KB | Image |
| tonya24@KaZaA | 36 Mafia - Im so high.mp3 | Three Six Mafia | 2,774KB | Audio |
| tonya24@KaZaA | Bone Thugs and Harmony - WeedMan.mp3 | Bone Thugs and Harmony | 3,703KB | Audio |
| tonya24@KaZaA | Journey - Forever yours faithfully.mp3 | Journey | 4,169KB | Audio |
| tonya24@KaZaA | South Side.mp3 | Lloyd Banks | 1,458KB | Audio |
| tonya24@KaZaA | 08 Cadillac on 22's.wma | The A | 4,145KB | Audio |
| tonya24@KaZaA | Journey - Love Hurts.mp3 | Journey | 3,625KB | Audio |
| tonya24@KaZaA | Waylon Jennings_Willie Nelson - Amanda.mp3 | Waylon Jennings Willie... | 2,819KB | Audio |
| tonya24@KaZaA | Willie Nelson_Waylon Jennings - Luchenbach Texas.mp3 | Waylon Jennings And Will... | 3,082KB | Audio |
| tonya24@KaZaA | Styx - Babe I Love You.mp3 | Styx | 4,109KB | Audio |
| tonya24@KaZaA | Trac.mp3 | Lloyd Banks | 4,207KB | Audio |
| tonya24@KaZaA | Supertramp - The Logical Song.mp3.xml | Unknown | 0KB | Audio |
| tonya24@KaZaA | Styx - I'm Sailing Away.mp3 | Styx | 5,742KB | Audio |
| tonya24@KaZaA | REO Speed Wagon - Keep on A Lovin' You.mp3 | Reo Speedwagon | 3,126KB | Audio |
| tonya24@KaZaA | 38 Special - Rock 'n' Roll Fantasy.mp3 | 38 Special | 3,070KB | Audio |
| tonya24@KaZaA | Willie Nelson - Blue Eyes Crying In The Rain.mp3 | Willie Nelson | 2,736KB | Audio |
| tonya24@KaZaA | Hank Williams Jr. - All My Rowdy Friends.mp3 | Hank Williams Jr. | 3,063KB | Audio |
| tonya24@KaZaA | Supertramp - Take the Long Way Home (1).mp3 | Supertramp | 2,408KB | Audio |
| tonya24@KaZaA | Slow Songs - Selena ~ I Could Fall In Love.mp3 | 3 | 4,390KB | Audio |
| tonya24@KaZaA | Tesla - Love Song.mp3 | 3 | 5,038KB | Audio |
| tonya24@KaZaA | Andy Gibb - I Just Want To Be Your Everything.mp3 | Andy Gibb/Bee Gees | 3,544KB | Audio |
| tonya24@KaZaA | Hip-Hop.kpl | Unknown | 0KB | Audio |
| tonya24@KaZaA | Three Doors Down - When I'm Gone.mp3 | Three Doors Down | 3,778KB | Audio |

2 Users

Found 1229 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New search | Search | Shop | Traffic | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| 2 Users | Three Doors Down - When I'm Gone.mp3 | Three Doors Down | 3,778KB | Audio |
| tonya24@KaZaA | Captain and Tenille - Love Will Keep Us Together.mp3 | Captain and Tenille | 3,214KB | Audio |
| tonya24@KaZaA | ruff riders - hoe.mp3 | Ruff Ryders | 1,280KB | Audio |
| tonya24@KaZaA | Kanye West - Slow Jams.mp3 | Kanye West | 3,218KB | Audio |
| tonya24@KaZaA | Aerosmith - Come Together.mp3 | 3 | 2,625KB | Audio |
| tonya24@KaZaA | Fabolous - Damn.mp3 | Fabolous | 3,240KB | Audio |
| tonya24@KaZaA | 38 Special - Hold on Loosly.mp3 | 38 SPECIAL | 4,456KB | Audio |
| tonya24@KaZaA | Kid Rock and Sheryl Crow - Picture.MP3 | Kid Rock ft. Sheryl Crow | 2,033KB | Audio |
| 2 Users | journey - Open Arms_0804001232.mp3 | Journey | 4,666KB | Audio |
| tonya24@KaZaA | Willie Nelson - Always On My Mind.mp3 | Willie Nelson | 3,352KB | Audio |
| tonya24@KaZaA | AlbumArt_{22CCD8D5-06CF-49FE-BC7C-0C701F5B94AD}... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{22CCD8D5-06CF-49FE-BC7C-0C701F5B94AD}... | Unknown | 11KB | Image |
| tonya24@KaZaA | REO-157 Riverside Ave.mp3 | REO Speedwagon | 7,142KB | Audio |
| tonya24@KaZaA | Jo Jo - Leave (Get Out).wma | Jojo | 3,603KB | Audio |
| tonya24@KaZaA | Dolly Parton - Nine To Five.mp3 | Dolly Parton | 2,564KB | Audio |
| 2 Users | Queen - We Will Rock You.mp3 | Queen | 1,903KB | Audio |
| tonya24@KaZaA | Tupac - Same Song.mp3 | Digital Underground | 5,566KB | Audio |
| tonya24@KaZaA | Lil Jon_The Eastside Boys - Who ya wit.mp3 | Lil John_The East Side B... | 3,234KB | Audio |
| tonya24@KaZaA | Lil Jon and The East Side Boyz - Who U Wit.mp3 | Lil John and the Eastside ... | 4,279KB | Audio |
| tonya24@KaZaA | Nickelback - Someday (2) (1) (1).mp3 | Nickelback | 3,206KB | Audio |
| tonya24@KaZaA | Weird Al Yankovich - Bin Laden Bomb Song.mp3 | KOMP Rock and Roll Morn... | 3,992KB | Audio |
| tonya24@KaZaA | Beyonce - Me Myself And I.wma | The A | 2,968KB | Audio |
| tonya24@KaZaA | Xscape - Understanding (6).mp3 | Xscape | 3,997KB | Audio |
| tonya24@KaZaA | Dont throw it up young bloods.wma | The A | 4,771KB | Audio |
| tonya24@KaZaA | AlbumArt_{50FE1C5F-7352-41BB-8340-6B962D0F6601}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{50FE1C5F-7352-41BB-8340-6B962D0F6601}_L... | Unknown | 12KB | Image |
| tonya24@KaZaA | Lloyd Banks - On Fire.mp3 | 3 | 3,652KB | Audio |
| tonya24@KaZaA | Jagged Edge - Walke Outta Heaven.asf | Unknown | 8,803KB | Video |
| tonya24@KaZaA | i wanna get to know ya.wma | g-unit ft. joe | 2,101KB | Audio |

Found 1229 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | i wanna get to know ya.wma | g-unit ft. joe | 2,101KB | Audio |
| tonya24@KaZaA | AlbumArt_{E2EF8FB6-4C07-4A8F-84BE-EC7F17549C01}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{E2EF8FB6-4C07-4A8F-84BE-EC7F17549C01}_... | Unknown | 10KB | Image |
| tonya24@KaZaA | Reggae.kpl | Unknown | 0KB | |
| tonya24@KaZaA | Alternative Rock.kpl | Unknown | 0KB | |
| tonya24@KaZaA | Folk.kpl | Unknown | 0KB | |
| tonya24@KaZaA | Jazz.kpl | Unknown | 1KB | |
| tonya24@KaZaA | Pop Rock.kpl | Unknown | 0KB | |
| tonya24@KaZaA | .kpl | john mayer | 0KB | |
| tonya24@KaZaA | 1.kpl | crazybone | 0KB | |
| tonya24@KaZaA | kmd211update_en.exe | Sharman Networks Ltd. | 3,513KB | Software |
| tonya24@KaZaA | Electronica - Emerging Artists.kpl | Unknown | 0KB | |
| tonya24@KaZaA | getto cowboy.kpl | Unknown | 0KB | |
| tonya24@KaZaA | Funk - Emerging Artists.kpl | Unknown | 0KB | |
| tonya24@KaZaA | Hip-Hop - Emerging Artists.kpl | Unknown | 0KB | |
| tonya24@KaZaA | Pop Rock - Emerging Artists.kpl | Jay Quinn Band | 0KB | |
| tonya24@KaZaA | RB - Emerging Artists.kpl | Unknown | 0KB | |
| tonya24@KaZaA | Nelly_Nellyville_Air_Force_Ones.wav | Nelly | 52,384KB | Audio |
| tonya24@KaZaA | Romeo and Juliet.mid | Unknown | 87KB | Audio |
| tonya24@KaZaA | slow jams.kpl | Kanye West | 0KB | |
| tonya24@KaZaA | kazaa new.exe | Unknown | 28KB | Software |
| tonya24@KaZaA | ashanti-rain on me-chapter ii (1).wav | ashanti | 51,333KB | Audio |
| tonya24@KaZaA | TUPAC-UNTIL THE END OF TIME.JPG | Unknown | 18KB | Image |
| tonya24@KaZaA | heather's songs.kpl | Trick Daddy Feat. Twista | 1KB | |
| tonya24@KaZaA | 01- Poison- Every Rose Has Its Thorn_mp3.wav | Eve | 45,013KB | Audio |
| tonya24@KaZaA | computer love.kpl | old school slow jams | 0KB | |
| tonya24@KaZaA | slow jams (1).kpl | Avant | 2KB | |
| tonya24@KaZaA | 50-cent,2pac,eminem,snoop dog and DMX.JPG | Unknown | 133KB | Image |
| tonya24@KaZaA | Eminem - Psa.mp3 | Eminem | 24,601KB | Audio |

Found 1229 files    97,060 users online, sharing 86,848,960 files (484,704 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | Eminem- Psa.mp3 | Eminem | 24,601KB | Audio |
| tonya24@KaZaA | Dionne's Slow Jams.kpl | Jagged Edge | 4KB | |
| tonya24@KaZaA | SLOW JAMS 2003 (1).kpl | R-Kelly, DMX-Sisqo, Nelly, | 0KB | |
| tonya24@KaZaA | Lil Jon_The East Side Boyz -[1]... Mystikal and Krayzie Bo... | Krayzie Bone | 3,915KB | |
| tonya24@KaZaA | Twista-slow jam.avi | Unknown | 26,862KB | Video |
| tonya24@KaZaA | Destiny's Child - Bills, Bills, Bills.mid | Destiny's Child | 1KB | Audio |
| tonya24@KaZaA | Ying Yang - Shake it Like a Saltshaker.mp3 | Ying Yang Twins | 1,301KB | Audio |
| tonya24@KaZaA | YingYang Twins - Whistle while U Twrk.mp3 | Ying Yang Twins | 4,306KB | Audio |
| tonya24@KaZaA | Twirkjlator.MP3 | Ying Yang Twins | 3,966KB | Audio |
| tonya24@KaZaA | Lil Jon- never ever.WAV | Lil Jon | 47,255KB | Audio |
| 2 Users | Lannie's Amanda Perez - God Send Me An Angel (1).mp3 | Amanda Perez | 3,444KB | Audio |
| tonya24@KaZaA | Amanda Perez - God Send Me An Angel.mp3 | Amanda Perez | 3,444KB | Audio |
| tonya24@KaZaA | 1217.kpl | Jessica Simpson | 1KB | |
| tonya24@KaZaA | Teen Porn 15.jpg.pif | Unknown | 28KB | |
| tonya24@KaZaA | 02.- Come Clean.mp3 | Hilary Duff | 2,524KB | Audio |
| tonya24@KaZaA | Everybody in the club getting tipsy (2).mp3 | J-KWON | 5,438KB | Audio |
| tonya24@KaZaA | Petey Pablo.mp3 | petey pablo | 3,819KB | Audio |
| tonya24@KaZaA | Young Bloods-Damn.mp3 | Young Bloodz | 4,698KB | Audio |
| 3 Users | Puffy - ill be missing u.MP3 | Puff Daddy and Faith Eva... | 5,346KB | Audio |
| tonya24@KaZaA | 05.- DMX - Get It On The Floor.wma | DMX | 2,584KB | Audio |
| tonya24@KaZaA | Young Bloodz ft (1).mp3 | youngblood | 4,698KB | Audio |
| tonya24@KaZaA | 06.- if I ain't got you.wma | Alicia keys | 2,262KB | Audio |
| tonya24@KaZaA | alicia keys - if i aint got you (1) (4).wma | Alicia Keys | 2,262KB | Audio |
| tonya24@KaZaA | Alicia Keys - If I Aint Got You.wma | Alicia Keys | 2,261KB | Audio |
| tonya24@KaZaA | CoedDust - Roll With Me.mp3 | Eightball, P. Diddy, MJG ... | 1,991KB | Audio |
| tonya24@KaZaA | alicia keys - if i aint got you.mp3 | Alicia Keys | 3,124KB | Audio |
| tonya24@KaZaA | alicia keys - if i ain't got you (5).wma | Alicia Keys | 2,262KB | Audio |
| tonya24@KaZaA | alicia keys - if I aint got you (6).wma | Alicia Keys | 2,262KB | Audio |
| tonya24@KaZaA | Soul Aslum - Run away train.mp3 | Soul Asylum | 3,644KB | Audio |

Found 1,229 files | 97,060 users online, sharing 86,849,960 files (484,708 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Shop | Traffic | Search Field | Tell A Friend

New search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | Soul Asylum - Run away train.mp3 | Soul Asylum | 3,644KB | Audio |
| tonya24@KaZaA | Billy Gilman - What's Forever For.mp3 | Billy Gilman | 4,862KB | Audio |
| tonya24@KaZaA | Billy Gilman - 'Til I Can Make it on My Own.mp3 | Billy Gilman | 2,956KB | Audio |
| tonya24@KaZaA | Don't Laugh At Me.mp3 | mark willis | 2,560KB | Audio |
| tonya24@KaZaA | SLOW love songs - hungry eyes.mp3 | SLOW love songs | 3,861KB | Audio |
| tonya24@KaZaA | Brian Mcnight- back at one.mp3 | Brian McKnight | 4,088KB | Audio |
| tonya24@KaZaA | Stuart Little 2 - 08 - Count On Me.mp3 | GILMAN, Billy | 3,472KB | Audio |
| tonya24@KaZaA | common and mya- real compared to what_(1).mp3 | Mya | 2,938KB | Audio |
| tonya24@KaZaA | 50 Cent - Wanksta Freestyle.mp3 | 50 Cent | 3,179KB | Audio |
| tonya24@KaZaA | BILLY GILMAN - LITTLE BITTY PRETTY ONE.mp3 | 3 | 2,337KB | Audio |
| tonya24@KaZaA | BILLY GILMAN - ON MY OWN.mp3 | 3 | 2,957KB | Audio |
| tonya24@KaZaA | Billy Gilman - One Voice - rvc.mp3 | Billy Gilman | 1,970KB | Audio |
| tonya24@KaZaA | karaoke - The Temptations - My Girl.mp3 | Karaoke | 3,008KB | Audio |
| tonya24@KaZaA | Rymes, LeeAnn - [I Need You].mp3 | Rymes, LeeAnn | 3,318KB | Audio |
| tonya24@KaZaA | Country - Leanne Rymes - The Light In Your Eyes.mp3 | LeAnn Rimes | 3,126KB | Audio |
| tonya24@KaZaA | Ja Rule ft. Xzibit_Juvenile - 25 to life.mp3 | Jarule, Xzibit_Juvenile | 3,808KB | Audio |
| tonya24@KaZaA | Slow Jams - Destiny's Child - Emotions.mp3 | Destinys Child | 4,787KB | Audio |
| tonya24@KaZaA | Leanne Rimes - Looking Into Your Eyes.mp3 | Leann Rymes | 3,861KB | Audio |
| tonya24@KaZaA | J's-RB Slow Jams Mix 3 (1).mp3 | AND 1 | 16,502KB | Audio |
| tonya24@KaZaA | Sidewalks.mp3 | Story Of The Year | 4,998KB | Audio |
| tonya24@KaZaA | Jagged Edge - Promise (Remix).mp3 | Jagged edge | 5,224KB | Audio |
| tonya24@KaZaA | 01 - Shes my Girl.mp3 | Billy Gilman | 2,946KB | Audio |
| tonya24@KaZaA | Slow Jams- Monica feat. 112 - Right Here Waiting.mp3 | Monica and 112 | 4,188KB | Audio |
| tonya24@KaZaA | Billy Gilman - One Voice - 10 - There's A Hero.mp3 | Billy Gilman | 3,241KB | Audio |
| tonya24@KaZaA | 13-Ludacris-stand_up-wcr.mp3 | Ludacris | 4,471KB | Audio |
| tonya24@KaZaA | Old School Slow Jams - Klymaxx - I Miss You.mp3 | Klymaxx | 5,234KB | Audio |
| tonya24@KaZaA | Slow Songs-Pop-Nsync I drive myself crazy.mp3 | 3 | 3,746KB | Audio |
| tonya24@KaZaA | 50 Cent GRODT with Eminem- Patiently Waiting.mp3 | 3 | 6,771KB | Audio |
| tonya24@KaZaA | RB - Monica And Usher - Slow Jam.mp3 | Monica and Usher | 4,428KB | Audio |

Found 1329 files

# Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | RB - Monica And Usher - Slow Jam.mp3 | Monica and Usher | 4,428KB | Audio |
| tonya24@KaZaA | Slow Songs - I Believe I Could Fly.mp3 | R. Kelly | 5,059KB | Audio |
| tonya24@KaZaA | Slow Jams JAGGED EDGE - I GOTTA BE THE ONE.mp3 | 3 | 3,349KB | Audio |
| tonya24@KaZaA | kelis - milkshake.mp3 | Kelis | 4,383KB | Audio |
| tonya24@KaZaA | ashanti-chapter ii-rain on me (1).mp3 | Ashanti | 4,659KB | Audio |
| tonya24@KaZaA | RAP-let's just get married remix.mp3 | music | 1,980KB | Audio |
| tonya24@KaZaA | Jagged Edge feat JD - I Promise (remix).mp3 | 3 | 2,090KB | Audio |
| tonya24@KaZaA | Fabolous: P. Diddy_Jagged Edge - Trade It All (Remix).... | Fabolous/P. Diddy/Jagged... | 5,566KB | Audio |
| tonya24@KaZaA | Nivea feat. Jagged Edge - Don't Mess With My Man.mp3 | Nivea feat. Jagged Edge | 4,191KB | Audio |
| tonya24@KaZaA | Fabolous feat. Jagged Edge - Trade It All.mp3 | Fabolous | 4,996KB | Audio |
| tonya24@KaZaA | Tesla - Signs.mp3 | 3 | 3,028KB | Audio |
| tonya24@KaZaA | Eve + Alicia Keys - Gangsta Love.mp3 | Eve F/ Alicia Keys | 5,485KB | Audio |
| tonya24@KaZaA | BILLY GILMAN - SLEIGH RIDE (FEAT CHARLOTTE CHURCH)... | 3 | 2,351KB | Audio |
| tonya24@KaZaA | alicia keyes-07- A Woman's Worth.mp3 | Alicia Keys | 3,559KB | Audio |
| tonya24@KaZaA | Floetry-say_yes-(remix)-cms.mp3 | Floetry | 5,466KB | Audio |
| tonya24@KaZaA | Weird Al Yankovic - I'm a Loser Baby.mp3 | 3 | 4,532KB | Audio |
| tonya24@KaZaA | - Alicia Keys - Fallin.mp3 | Alicia Keys | 3,882KB | Audio |
| tonya24@KaZaA | Chingy - Right Thurr.mp3 | 3 | 3,388KB | Audio |
| tonya24@KaZaA | Project Pat - Crash Da Club.mp3 | Project Pat. (Bonus CD) | 4,307KB | Audio |
| tonya24@KaZaA | R. Kelley - I Wish.mp3 | R. Kelly | 5,025KB | Audio |
| tonya24@KaZaA | Ashanti - Rain On Me.asf | Unknown | 11,387KB | Video |
| tonya24@KaZaA | RKELLY - your body's calling (1).mp3 | R. Kelly | 4,330KB | Audio |
| tonya24@KaZaA | Bee Gees_Samantha Sang - Emotion.mp3 | Bee Gees | 3,730KB | Audio |
| tonya24@KaZaA | R. Kelly-Thoia Thong.mp3 | R. Kelly | 5,232KB | Audio |
| tonya24@KaZaA | ashanti - rain on me.wma | The A | 2,942KB | Audio |
| 2 Users | 7 rain on me.mp3 | Ashanti | 6,985KB | Audio |
| tonya24@KaZaA | Chingy ft. Snoop- Holidae In.wma | The A | 2,503KB | Audio |
| tonya24@KaZaA | Bee Gees - More Than A Woman.mp3 | 3 | 3,091KB | Audio |
| tonya24@KaZaA | ashanti-chapter ii-rain on me.mp3 | Ashanti | 1,576KB | Audio |

Found 1229 files | 17,060 users online, sharing 86,848,960 files (484,704 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | ashanti-chapter ii-rain on me.mp3 | Ashanti | 1,578KB | Audio |
| tonya24@KaZaA | Bee Gees - Saturday Night Fever.mp3 | 3 | 3,333KB | Audio |
| tonya24@KaZaA | Five Stairsteps - O-O-OH Child.mp3 | Chi-Lites | 3,034KB | Audio |
| 2 Users | Sugar Sugar.mp3 | 3 | 3,444KB | Audio |
| tonya24@KaZaA | Mercy Me - I Can Only Imagine.mp3 | Mercy Me | 3,906KB | Audio |
| tonya24@KaZaA | PAPERLACE - Billy-dont-be-a-hero.mp3 | Paper Lace | 5,014KB | Audio |
| tonya24@KaZaA | John Denver - Annie's Song.mp3 | John Denver | 2,946KB | Audio |
| tonya24@KaZaA | Andy Gibb - Don't Throw It All Away.mp3 | Andy Gibb | 4,840KB | Audio |
| tonya24@KaZaA | Conway Twitty - Joni Don't Cry.mp3 | Conway Twitty/Loretta L... | 4,068KB | Audio |
| tonya24@KaZaA | John Denver - You Fill Up My Senses.mp3 | John Denver | 3,008KB | Audio |
| tonya24@KaZaA | Motley Crew - Same Old Situation.MP3 | 3 | 4,905KB | Audio |
| tonya24@KaZaA | Motly Crew - Looks That Kill.mp3 | Motley Crue | 3,168KB | Audio |
| tonya24@KaZaA | Five Stairsteps - Oh - Ooo - Child.mp3 | Five Stairsteps | 3,050KB | Audio |
| tonya24@KaZaA | Motley Crue - Kickstart My Heart.mp3 | 3 | 4,116KB | Audio |
| tonya24@KaZaA | Motley Crue - Without You.mp3 | Montley Crew | 3,384KB | Audio |
| tonya24@KaZaA | Motley Crew - Home Sweet Home.mp3 | 3 | 3,770KB | Audio |
| tonya24@KaZaA | Beth Orton - Ooh Child.mp3 | Beth Orton | 2,746KB | Audio |
| tonya24@KaZaA | Motley Crew - Smoking in the boys room.mp3 | Motley Crue | 3,156KB | Audio |
| tonya24@KaZaA | motly crew Don't Go Away Mad (Just Go Away).mp3 | Motley Crue | 4,538KB | Audio |
| tonya24@KaZaA | Hank Williams Jr. - Family Tradition.mp3 | 3 | 3,744KB | Audio |
| tonya24@KaZaA | Chad Kroeger ~ Hero.mp3 | Chad Kroeger | 3,688KB | Audio |
| tonya24@KaZaA | Motley Crue - Dr.mp3 | Motley Crew | 3,252KB | Audio |
| tonya24@KaZaA | Poison - Talk Dirty To Me.mp3 | 3 | 3,495KB | Audio |
| tonya24@KaZaA | Poison - I Won't Forget You.mp3 | Poison | 3,364KB | Audio |
| tonya24@KaZaA | Dirty Dancing - I've Had The Time Of My Life.mp3 | 3 | 4,537KB | Audio |
| tonya24@KaZaA | Deck The Halls.mp3 | Alvin and the Chipmunks | 2,208KB | Audio |
| tonya24@KaZaA | Poison - Fallen Angel.mp3 | Poison | 2,762KB | Audio |
| 2 Users | Poison - Something To Believe In (1).mp3 | The A | 5,130KB | Audio |
| tonya24@KaZaA | 02 Holidae In ft. Ludacris_Snoo.wma | | 2,503KB | Audio |

Found 1229 files.

# Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Download | | | | Search | | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | 02 Holidae In ft. Ludacris_Snoo.wma | The A | 2,503KB | Audio |
| tonya24@KaZaA | Kelly And Ozzy Osbourne - Changes.mp3 | Kelly Osbourne (w/Ozzy) | 3,865KB | Audio |
| tonya24@KaZaA | Chingy - Holiday Inn.mp3 | 3 | 3,072KB | Audio |
| tonya24@KaZaA | Hank Williams Jr - A Country Boy Can Survive.mp3 | 3 | 3,921KB | Audio |
| tonya24@KaZaA | The Osbournes - Episode 5.WMV | Unknown | 55,652KB | Video |
| tonya24@KaZaA | Jack Wagner - All I Need.mp3 | Jack Wagner | 3,300KB | Audio |
| tonya24@KaZaA | Eddie Money - Take Me Home Tonight.mp3 | Eddie Money | 2,870KB | Audio |
| tonya24@KaZaA | Loretta Lynn - Don't Come Home Drinkin'.mp3 | 3 | 2,026KB | Audio |
| tonya24@KaZaA | ashanti - rain on me.mp3 | Ashanti | 6,997KB | Audio |
| tonya24@KaZaA | Cristina Aguilaria - I Turn To you.mp3 | Christina Aguilera | 4,291KB | Audio |
| tonya24@KaZaA | Jeanie C. Riley - Harper Valley PTA.mp3 | Loretta Lynn | 3,138KB | Audio |
| tonya24@KaZaA | Captain and Tenille - Shop Around.mp3 | 3 | 3,238KB | Audio |
| tonya24@KaZaA | Tammy Wynette - Satin Sheets.mp3 | 3 | 2,690KB | Audio |
| 2 Users | Dolly Parton - Coat Of Many Colors (5).mp3 | Dolly Parton | 2,926KB | Audio |
| tonya24@KaZaA | Loretta Lynn - Coal Miner's Daughter.mp3 | 3 | 3,534KB | Audio |
| tonya24@KaZaA | Kenny Rogers feat Dolly Parton - Island In The Stream.mp3 | Kenny Rogers feat Dolly... | 3,918KB | Audio |
| tonya24@KaZaA | Frankie J - Sugar Sugar.mp3 | 3 | 3,144KB | Audio |
| 2 Users | John Denver - Thank God I'm A Country Boy.mp3 | Hank Williams Jr. | 3,070KB | Audio |
| tonya24@KaZaA | loretta lynn - Coal miner's daughter (live).mp3 | Loretta Lynn | 3,002KB | Audio |
| tonya24@KaZaA | Bubba-Sparxx - Deliverance (2).mp3 | Bubba-Sparxx | 4,948KB | Audio |
| tonya24@KaZaA | Mr. Big - To Be With You.mp3 | 3 | 3,238KB | Audio |
| tonya24@KaZaA | Captain_Tenille - Muskrat Love.mp3 | 3 | 4,600KB | Audio |
| tonya24@KaZaA | Boyz 2 Men - Song for Mama.mp3 | Boys II Men | 4,729KB | Audio |
| 2 Users | nickelback - someday (1) (1) (1).mp3 | AND 1 | 5,250KB | Audio |
| tonya24@KaZaA | Nickle Back 2 - Breath.mp3 | 3 | 3,728KB | Audio |
| tonya24@KaZaA | limp bizkit - eat you alive (1) (1) (1).mp3 | LimpBizkit | 5,947KB | Audio |
| tonya24@KaZaA | Captain_Tenille - If You Like Pina Coladas.mp3 | 3 | 3,150KB | Audio |
| tonya24@KaZaA | Queen - We Are The Champions.mp3 | 3 | 2,826KB | Audio |
| tonya24@KaZaA | Hilary Duff - Sweet Sixteen.mp3 | Hilary Duff | 4,352KB | Audio |

Found 1229 files