Kazaa - [Search]
File  View  Player  Tools  Actions  Help

2:05-cv-02977-MPM-DGB  # of 9  Page 1 of 9

E-FILED
Thursday, 24 March, 2005  03:5_ _0 PM
Clerk, U.S. District Cou _ _ ILCD

Web  My Kazaa  Theater  Search  Traffic  Shop  Tell A Friend

New search  Download  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | Hilary Duff - Sweet Sixteen.mp3 | Hilary Duff | 4,352KB | Audio |
| tonya24@KaZaA | tupac - Bonnie and Clyde (1).mp3 | AND1 | 3,804KB | Audio |
| tonya24@KaZaA | Christina Aguleria-The Voice Within.wma | The A | 2,410KB | Audio |
| tonya24@KaZaA | Talk Dirty to Me - Poison.mp3 | Poison | 3,878KB | Audio |
| tonya24@KaZaA | Poison - Once Bitten Twice Shy.mp3 | Poison | 5,038KB | Audio |
| tonya24@KaZaA | Christmas Songs-Chipmunks.mp3 | CHIPMUNKS | 590KB | Audio |
| tonya24@KaZaA | Poison - Nothin But A Good Time.mp3 | Poison | 8,751KB | Audio |
| tonya24@KaZaA | Poison-Pour-Some Sugar On Me.mp3 | Def Lepard | 1,401KB | Audio |
| tonya24@KaZaA | Eddie Money - Two Tickets to Paradise.mp3 | 3 | 3,684KB | Audio |
| tonya24@KaZaA | Twista - Slow Jamz.mp3 | 3 | 3,501KB | Audio |
| tonya24@KaZaA | Jingle Bells-----The Chipmunk.mp3 | CHIPMUNKS | 613KB | Audio |
| tonya24@KaZaA | Motley Crew - Same Ol' Situation.mp3 | Motley Crue | 3,950KB | Audio |
| tonya24@KaZaA | Motley Crue - Dr. Feelgood.mp3 | 3 | 4,538KB | Audio |
| tonya24@KaZaA | Motley Crue - Wild Side.mp3 | 3 | 4,373KB | Audio |
| tonya24@KaZaA | motley crue - home sweet home.mp3 | Motley Crue | 3,760KB | Audio |
| tonya24@KaZaA | Motley Crue - Shout At The Devil.mp3 | Motley Crue | 3,037KB | Audio |
| tonya24@KaZaA | Motley Crue - Don't Go Away Mad.mp3 | Motley Crew | 4,352KB | Audio |
| tonya24@KaZaA | Motley Crue - Live Wire.mp3 | 3 | 3,076KB | Audio |
| tonya24@KaZaA | Queen - Another One Bites The Dust (1).mp3 | Queen | 3,400KB | Audio |
| tonya24@KaZaA | 50 Cent- Realest Killaz ft. 2pac.mp3 | 50 Cent | 3,940KB | Audio |
| tonya24@KaZaA | Motley Crue - Girls Girls Girls.mp3 | 3 | 3,562KB | Audio |
| tonya24@KaZaA | Christmas - Up on the Housetop.mp3 | 3 | 1,138KB | Audio |
| tonya24@KaZaA | Rock And Roll Ain't Noise Pollution.mp3 | ACDC | 3,986KB | Audio |
| tonya24@KaZaA | three doors down - love me when im gone.wma | The A | 5,936KB | Audio |
| tonya24@KaZaA | The Voice Within.wma | The A | 4,800KB | Audio |
| tonya24@KaZaA | trapt-headstrong.mp3 | Trapt | 4,466KB | Audio |
| tonya24@KaZaA | 18 The Voice Within.wma | AND1 | 2,409KB | Audio |
| tonya24@KaZaA | ACDC - Shook Me All Night Long.mp3 | 3 | 2,875KB | Audio |
| tonya24@KaZaA | ACDC - She's Got The Jack.mp3 | ACDC | 5,518KB | Audio |
| | | CHIPMUNKS | | Audio |

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| tonya24@KaZaA | ACDC - She's Got The Jack.mp3 | ACDC | 5,518KB | Audio |
| tonya24@KaZaA | alvin and the chipmunks - O Christmas Tree.mp3 | CHIPMUNKS | 1,730KB | Audio |
| tonya24@KaZaA | Voice Within.Mp3 | 3 | 5,939KB | Audio |
| tonya24@KaZaA | Poison - Unskinny Bop.mp3 | Poison | 3,567KB | Audio |
| tonya24@KaZaA | 2Pac_The Notorious B.I.G.mp3 | 2'Pac | 2,719KB | Audio |
| tonya24@KaZaA | ACDC - Highway To Hell.mp3 | ACDC | 3,253KB | Audio |
| tonya24@KaZaA | ACDC - Back In Black.mp3 | 3 | 3,974KB | Audio |
| tonya24@KaZaA | ACDC - Thunderstruck.mp3 | ACDC | 4,569KB | Audio |
| tonya24@KaZaA | ACDC - TNT.mp3 | 3 | 3,352KB | Audio |
| tonya24@KaZaA | ACDC - TNT (1).mp3 | AC,DC | 5,016KB | Audio |
| tonya24@KaZaA | Ac DC - Dirty Deads.mp3 | ACDC | 3,943KB | Audio |
| tonya24@KaZaA | Mr. C.The Slide Man - Cha-Cha Slide (Club Mix).mp3 | Mr. C. The slide Man | 5,123KB | Audio |
| tonya24@KaZaA | 2pac - My Block (Reimix) (1) (1).mp3 | tupac | 4,764KB | Audio |
| tonya24@KaZaA | Jagged Edge - Car Show.mp3 | Jagged Edge Ft. Outkast | 6,668KB | Audio |
| tonya24@KaZaA | My Baby (Feat. Jagged Edge).mp3 | Bow Wow | 3,563KB | Audio |
| tonya24@KaZaA | Jagged Edge - Walked Outta Heaven.mp3 | Jagged edge | 3,434KB | Audio |
| 2 Users | Trick Daddy_Twista-fallin in love.mp3 | 3 | 2,682KB | Audio |
| tonya24@KaZaA | b2k - babygirl.mp3 | B2k | 2,275KB | Audio |
| tonya24@KaZaA | Christmas Songs - Martina McBride - Silver Bells.mp3 | CHIPMUNKS | 2,138KB | Audio |
| tonya24@KaZaA | christmas songs - alvin and the chipmunks chri.mp3 | CHIPMUNKS | 2,212KB | Audio |
| tonya24@KaZaA | Alvin_The Chipmunks - White Christmas.mp3 | Alvin_The Chipmonks | 2,432KB | Audio |
| tonya24@KaZaA | Feelin' Freaky (f. B2K).mp3 | Nick Cannon | 5,166KB | Audio |
| tonya24@KaZaA | 07 - B2K Ft-P.Diddy - Bump Bump Bump.mp3 | DJ Envy | 3,318KB | Audio |
| tonya24@KaZaA | Swisha House - Fuck action - B2K - Fuck 05.mp3 | fuck action 29 | 4,152KB | Audio |
| tonya24@KaZaA | Lil Jon _The East Side Boyz -[1]... wma | AND 1 | 3,916KB | Audio |
| tonya24@KaZaA | The Voice Within.mp3 | Christina Aguilera | 9,501KB | Audio |
| tonya24@KaZaA | Lil Jon and Eastside Boyz - Track02 (3) (1).mp3 | Lil Jon and Eastside Boyz | 5,830KB | Audio |
| tonya24@KaZaA | Lil Jon_The East Side Boyz -[1]... Mystikal and Krayzie Bo... | AND 1 | 3,916KB | Audio |
| tonya24@KaZaA | B2K - AMA 2003 Awards.wmv | Unknown | 34,861KB | Video |
| tonya24@KaZaA | 07 Dance With You .mp3 | Salaana (feat B2V) | 3,043KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search: | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | B2K - AMA 2003 Awards.wmv | Unknown | 34,861KB | Video |
| tonya24@KaZaA | 07 Dance With You.mp3 | Solange (Feat B2K) | 2,849KB | Audio |
| tonya24@KaZaA | lil jon and the eastside boyz - Uhh Ohh.mp3 | Lil Jon _The Eastside Boys | 4,848KB | Audio |
| tonya24@KaZaA | R. Kelly - the worlds greatest.mp3 | R Kelly | 6,453KB | Audio |
| tonya24@KaZaA | Leann Rimes - How Do I Live.mp3 | Leanne Rimes | 4,188KB | Audio |
| tonya24@KaZaA | Leanne Rhimes - How Do I Live Without You.mp3 | LeAnn Rimes | 4,612KB | Audio |
| tonya24@KaZaA | Wierd Al Yankovic - Ugly Girl (Aqua - Barbie Girl Parody).m.... | Weird Al Yankovic | 2,048KB | Audio |
| tonya24@KaZaA | 2Pac Greatest Hits - Tupac Shakur - Keep Ya Head Up - 01.... | 2 Pac | 3,093KB | Audio |
| tonya24@KaZaA | 09-tupac-bury_me_a_g-rins.mp3 | tupac | 7,024KB | Audio |
| tonya24@KaZaA | Atomic Kitten - The Tide Is High (2).MP3 | Hilary Duff | 2,621KB | Audio |
| tonya24@KaZaA | Good Charlotte - Boys And Girls.mp3 | good charlotte | 2,892KB | Audio |
| tonya24@KaZaA | tupac-resurrection soundtrack-str8 ballin'-.mp3 | tupac | 1,233KB | Audio |
| tonya24@KaZaA | tupac-secretz of war-resurrection soundtrack.mp3 | tupac | 7,306KB | Audio |
| tonya24@KaZaA | christina aguilera - the voice within.wma | The A. | 3,600KB | Audio |
| tonya24@KaZaA | Scorpions-Wind of change.mp3 | Scorpions | 6,096KB | Audio |
| tonya24@KaZaA | Poison - Something To Believe In.mp3 | Poison | 3,874KB | Audio |
| tonya24@KaZaA | Bone Thugs and Harmony - Crossroads.mp3. | Bone | 3,316KB | Audio |
| tonya24@KaZaA | Steelheart - Angel Eyes.mp3 | Steelheart | 5,981KB | Audio |
| tonya24@KaZaA | g.c.-life styles of the rich and famouse.mp3 | artist | 2,958KB | Audio |
| tonya24@KaZaA | kanye west - slow jams ft. twista.mp3 | Twista_Kanye West | 3,288KB | Audio |
| tonya24@KaZaA | Cream -- Crossroads.mp3 | Cream | 3,995KB | Audio |
| tonya24@KaZaA | Oldies- Micheal Jackson- Thriller.MP3 | Michael Jackson | 4,906KB | Audio |
| tonya24@KaZaA | Slow Jams-Xscape - Tonight.mp3 | 3 | 3,816KB | Audio |
| tonya24@KaZaA | 01-r_kelly-ignition_(remix).mp3 | R Kelly | 2,240KB | Audio |
| tonya24@KaZaA | Casper-Cha Cha Slide (Part 3) (1).mp3 | Casper | 2,020KB | Audio |
| tonya24@KaZaA | Boyz II Men - Dreams.mp3 | Boyz II Men | 5,354KB | Audio |
| tonya24@KaZaA | CASPER~1 (1).MP3 | Casper | 5,442KB | Audio |
| tonya24@KaZaA | Michael Jackson - Cry.mp3 | Michael Jackson | 4,704KB | Audio |
| tonya24@KaZaA | Monster Ballads - Posion-Every Rose Has it's Thorns.mp3 | Guns and Roses | 4,075KB | Audio |
| tonya24@KaZaA | Boyz II Men - A Song For Mama.mp3 | Boyz II Men | 4,720KB | Audio |

Found 1229 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Stop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | MediaType |
|---|---|---|---|---|
| tonya24@KaZaA | Monster Ballads - Posion-Every Rose Has It's Thorns.mp3 | Guns and Roses | 4,075KB | Audio |
| 2 Users | Boyz II Men - A Song For Mania.mp3 | Boyz II Men | 4,729KB | Audio |
| tonya24@KaZaA | slow Jams - cupid.mp3 | 112 | 2,976KB | Audio |
| tonya24@KaZaA | Boyz II Men - I Swear.mp3 | Boyz II Men | 2,414KB | Audio |
| tonya24@KaZaA | 112-your letter.mp3 | AND 1 | 2,554KB | Audio |
| tonya24@KaZaA | Mr. Big - Hold On Little Girl.mp3 | Mr. Big | 3,150KB | Audio |
| tonya24@KaZaA | slow Jams .mp3 | 3 | 3,766KB | Audio |
| tonya24@KaZaA | Lilo Thomas - Wanna Make Love.mp3 | Lilo Thomas | 6,806KB | Audio |
| tonya24@KaZaA | Mo Thugs - Getto Cowboy.mp3 | Mo Thugs | 3,815KB | Audio |
| tonya24@KaZaA | The Whispers-In The Mood.mp3 | Whispers | 4,526KB | Audio |
| tonya24@KaZaA | ghetto cowboy--count your money.mp3 | 3 | 5,117KB | Audio |
| tonya24@KaZaA | Twista ~ Slow Jams.mp3 | Twista _Kanye West | 3,287KB | Audio |
| tonya24@KaZaA | Dance - Katie's Song -Mr C' Cha'Cha Slide.mp3 | 3 | 1,522KB | Audio |
| tonya24@KaZaA | Outcast- The Way you Move.mp3 | 3 | 7,386KB | Audio |
| tonya24@KaZaA | Missing You-Slow.mp3 | 112 | 3,831KB | Audio |
| tonya24@KaZaA | twista-kamikaze-slow jams.mp3 | Twista | 2,960KB | Audio |
| tonya24@KaZaA | Slow Jams- Jodeci - Lately.mp3 | Jodeci | 5,375KB | Audio |
| tonya24@KaZaA | eminem unknow-can't bitch.mp3 | eminem | 4,927KB | Audio |
| tonya24@KaZaA | Rap- Eminem and 2 pod[unreleased song].mp3 | 2 Pac | 1,758KB | Audio |
| tonya24@KaZaA | Eminem- Bitch Please 2.mp3 | Eminem, Dr. Dre, Snoop D.... | 3,377KB | Audio |
| tonya24@KaZaA | Bone Thugs and Harmony - Ghetto_Cowboy.mp3 | 3 | 2,999KB | Audio |
| tonya24@KaZaA | Slow Jams Skai - Together Forever.MP3 | 3 | 3,666KB | Audio |
| tonya24@KaZaA | Insane_Clown Posse - Bitches.mp3 | 3 | 4,308KB | Audio |
| tonya24@KaZaA | ying yang twins-say I yi yi.mp3 | no artist | 4,207KB | Audio |
| tonya24@KaZaA | ICP-Boogy Man.mp3 | ICP | 4,132KB | Audio |
| tonya24@KaZaA | Boys II Men - I'll Make Love To You.mp3 | Boys II Men | 5,598KB | Audio |
| tonya24@KaZaA | Trick Daddy - Thug Holiday (2).mp3 | Frank Cd | 4,533KB | Audio |
| tonya24@KaZaA | Master P - I Miss My Homies.mp3 | Master P | 5,050KB | Audio |
| tonya24@KaZaA | Weird Al Yankovic - Amish Paradise.mp3 | 3 | 3,116kB | Audio |

Found 129 files.

97,060 users online. sharing 862,743,360 files (6,647,704 GB) | No sharing any files

**Kazaa - [Search]**

File　View　Player　Tools　Actions　Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| tonya24@KaZaA | Weird Al Yankovic - Amish Paradise.mp3 | 3 | 3,116KB | Audio |
| tonya24@KaZaA | 03-Ooohhhwee.mp3 | Master P | 3,990KB | Audio |
| tonya24@KaZaA | Ghetto D - Master P - I Miss My Homies.mp3 | Master P | 3,788KB | Audio |
| tonya24@KaZaA | Eminem - Stan.mp3 | 3 | 6,314KB | Audio |
| tonya24@KaZaA | avant - need your mind.mp3 | 3 | 3,718KB | Audio |
| tonya24@KaZaA | P. Diddy ft Usher - I Need A Girl.mp3 | p.diddy ft usher | 1,599KB | Audio |
| tonya24@KaZaA | Silky - Freak Me Slow Baby.mp3 | Silk, | 4,643KB | Audio |
| tonya24@KaZaA | Shuttp[1](1).mp3 | Black Eyed Peas | 6,943KB | Audio |
| tonya24@KaZaA | P.Diddy_Faith Evans - I'll Be Missing You.mp3 | Puff Daddy _Faith Evens, | 2,421KB | Audio |
| tonya24@KaZaA | Dirty Dancing Soundtrack - Loverboy.mp3 | 3 | 2,042KB | Audio |
| tonya24@KaZaA | RB - Jon B - I Do.mp3 | jon b | 4,480KB | Audio |
| tonya24@KaZaA | Travis; Randy - Forever And Ever; Amen.mp3 | Randy Travis | 3,364KB | Audio |
| 2 Users | kanye west-college dropout-slow jams.mp3 | Kanye West | 4,600KB | Audio |
| tonya24@KaZaA | janet jackson - Anytime and Any Place.mp3 | Janet Jackson | 5,020KB | Audio |
| tonya24@KaZaA | kanye west_twista ft Jamie.foxx - slow jams.mp3 | 3 | 3,216KB | Audio |
| tonya24@KaZaA | Ginuwine - Diffrences.mp3 | 3 | 2,079KB | Audio |
| tonya24@KaZaA | 07 - Beatles - I'll Be on my Way.mp3 | Beatles | 2,204KB | Audio |
| tonya24@KaZaA | Evanescence - Bring Me to Life (1).mp3 | Evanescense | 2,324KB | Audio |
| tonya24@KaZaA | Zwarte - Lizzy.mp3 | Zwarte. | 3,293KB | Audio |
| tonya24@KaZaA | Linkin Park - In the End (1).mp3 | linkin park | 4,607KB | Audio |
| tonya24@KaZaA | Zwarte - Easy Street.mp3 | Zwarte. | 3,148KB | Audio |
| tonya24@KaZaA | Usher - U Got It Bad.MP3 | 3 | 1,188KB | Audio |
| tonya24@KaZaA | Patrick Swayze - She's Like The Wind.mp3 | Dirty Dancing | 3,565KB | Audio |
| tonya24@KaZaA | Zwarte - Lucy.mp3 | Zwarte' | 4,075KB | Audio |
| tonya24@KaZaA | Loverboy - Working For The Weekend.mp3 | Loverboy | 3,475KB | Audio |
| tonya24@KaZaA | Loverboy - Turn Me Loose.mp3 | Loverboy | 5,332KB | Audio |
| tonya24@KaZaA | Lover Boy - When It's All Over.mp3 | Loverboy. | 4,797KB | Audio |
| tonya24@KaZaA | G Unit - Stunt 101.mp3 | 50 Cent Ft. G Unit | 5,244KB | Audio |
| tonya24@KaZaA | nick cannon - jigalo.mp3 | Nick Cannon ft. R. Kelly | 5,426kB | Audio |
| tonya24@KaZaA | Love Do.mp3 | Zwarte | 4,057KB | Audio |

Found 1229 files | 97,060 users online, sharing 86,846,960 files (484,704 GB). | Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Download   Search   Traffic   Shop   Tell A Friend

New search   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | nick cannon - jigglo.mp3 | Nick Cannon ft. R. Kelly | 5,426KB | Audio |
| tonya24@KaZaA | Loco PD.mp3 | Zwarte | 4,017KB | Audio |
| tonya24@KaZaA | Metallica - Enter Sandman.mp3 | Metallica | 5,181KB | Audio |
| tonya24@KaZaA | 38 Special - So Caught Up In You.mp3 | 38 Special | 3,237KB | Audio |
| tonya24@KaZaA | Weird Al Yankovic - Phony Calls.mp3 | 3 | 3,166KB | Audio |
| tonya24@KaZaA | Cha Cha Slide.mp3 | Mr. C | 5,728KB | Audio |
| tonya24@KaZaA | manhattans-SHININ STAR.mp3 | Manhattans | 5,619KB | Audio |
| tonya24@KaZaA | Weird Al Yankovic - Ugly girl.mp3 | Weird Al Yankovic | 2,034KB | Audio |
| tonya24@KaZaA | Roy D Mercer-Babysitter.mp3 | RD Mercer | 1,482KB | Audio |
| tonya24@KaZaA | She Gotta Pee - Weird Al Yankovic.mp3 | 3 | 810KB | Audio |
| tonya24@KaZaA | lil john and the eastside boys - take em out.mp3 | LIL JON EAST SIDE BOYZ | 4,314KB | Audio |
| tonya24@KaZaA | RD Mercer - Corn Dog.mp3 | Roy D Mercer | 1,671KB | Audio |
| tonya24@KaZaA | Weird Al Yankovich - My Fart Will Go On.MP3 | 3 | 1,037KB | Audio |
| tonya24@KaZaA | weird al yankovic - Spongebob Squarepants Theme.mp3 | Weird Al | 704KB | Audio |
| tonya24@KaZaA | Weird Al Yankovich - Let's Bomb Iraq.mp3 | 3 | 1,420KB | Audio |
| tonya24@KaZaA | Usher, LilJon, Ludacris - yeah.mp3 | Usher | 5,831KB | Audio |
| tonya24@KaZaA | Juvinile-Back That Thing Up.mp3 | Juvenile | 4,192KB | Audio |
| tonya24@KaZaA | My Life.mp3 | Juvinile | 4,352KB | Audio |
| tonya24@KaZaA | Project Pat - Chicken Head.mp3 | Three Six Mafia | 4,266KB | Audio |
| tonya24@KaZaA | three 6 mafia - ridin spinners.wmv | Unknown | 10,110KB | Video |
| tonya24@KaZaA | 36 Mafia ft La Chat - Baby Mama.mp3 | 3 | 3,337KB | Audio |
| tonya24@KaZaA | 36 Mafia - Ass and Tittys.mp3 | Three 6 Mafia | 5,240KB | Audio |
| tonya24@KaZaA | Cat Stevens - Cats in the Cradle.mp3 | Cat Stevens | 2,076KB | Audio |
| tonya24@KaZaA | Weird Al Yankovic - Weenie In A Bottle.mp3 | Weird Al Yankovic | 3,221KB | Audio |
| tonya24@KaZaA | 36 Mafia - Playa Why Ya Hatin'.mp3 | 36 Mafia | 3,078KB | Audio |
| tonya24@KaZaA | Parody - 50 ways to get bin laden.mp3 | 3 | 2,653KB | Audio |
| tonya24@KaZaA | Roy D Mercer - Steering.mp3 | 3 | 3,183KB | Audio |
| tonya24@KaZaA | Weird Al - Crisco - Thong Bong Song Song.mp3 | Wierd Al | 1,684KB | Audio |
| tonya24@KaZaA | Weird Al Yankovich - bin Laden Boat Song.mp3 | 3 | 1,930KB | Audio |
| tonya24@KaZaA | RD Mercer - Crawford.mp3 | Roy D Mercer | 2,407KB | Audio |

Found 1229 files

97,000 users online sharing 86,645,860 files (476,706 GB)

**Kazaa - [Search]**

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | Weird Al Yankovich - bin Laden Boat Song.mp3 | 3 | 1,930KB | Audio |
| tonya24@KaZaA | RD Mercer - Cemetery.mp3 | Roy D Mercer | 2,480KB | Audio |
| tonya24@KaZaA | 01 - Lil Jon_Ying Yang Twins - Get Low.mp3 | little john f/yin yan | 7,882KB | Audio |
| tonya24@KaZaA | RD Mercer Bad Paint Job.MP3 | 3 | 4,640KB | Audio |
| tonya24@KaZaA | Frankie J - don't wanna try (Y).mp3 | frankie j | 5,790KB | Audio |
| tonya24@KaZaA | 504 Boyz - Can Tell You Wanna.mp3 | 504 boys ft. mercedes | 2,466KB | Audio |
| tonya24@KaZaA | RD Mercer - Golfcourse1.mp3 | AND 1 | 2,354KB | Audio |
| tonya24@KaZaA | cher - if I could turn back time.mp3 | Cher | 3,372KB | Audio |
| tonya24@KaZaA | Weird Al Yankovich - I hate Big Butts.mp3 | Weird Al Yankovich | 2,242KB | Audio |
| tonya24@KaZaA | R D MERCER - PHARMACIST.MP3 | 3 | 4,918KB | Audio |
| tonya24@KaZaA | cher - if i could turn back time(2).mp3 | Cher | 3,590KB | Audio |
| tonya24@KaZaA | Comedy RD Mercer - Bad Paint Job.MP3 | R D Mercer | 1,622KB | Audio |
| tonya24@KaZaA | RD Mercer - Dead Hampster.mp3 | 3 | 1,426KB | Audio |
| tonya24@KaZaA | Cher - Believe.mp3 | Cher | 3,724KB | Audio |
| tonya24@KaZaA | Master P - Them Jeans - -.19.mp3 | Master P | 3,579KB | Audio |
| tonya24@KaZaA | nolimitsoldiers+demjeans[1].mp3 | AND 1 | 3,300KB | Audio |
| tonya24@KaZaA | RD Mercer- Jingle Fists.mp3 | 3 | 2,312KB | Audio |
| tonya24@KaZaA | RD Mercer - Birth-a-Baby Down ere.mp3 | 3 | 1,551KB | Audio |
| tonya24@KaZaA | Destiny's Child - Bills Bills Bills.mp3 | Destiny's Child | 3,750KB | Audio |
| 2 Users | Aerosmith - Angel (1).mp3 | AND 1 | 4,703KB | Audio |
| tonya24@KaZaA | Nick Lachey- This I Swear.mp3 | Nick Lachey | 4,281KB | Audio |
| tonya24@KaZaA | twista-slow jams-kamikaze.mp3 | Twista | 7,781KB | Audio |
| tonya24@KaZaA | kanye west - slow jams ft.mp3 | Twista_Kanye West | 3,288KB | Audio |
| tonya24@KaZaA | 03 Nick Lachey - Fall In Love.mp3 | Nick Lachey | 5,715KB | Audio |
| tonya24@KaZaA | Master P - Them Jeans.mp3 | Master P | 4,955KB | Audio |
| 2 Users | Twista Ft (1).mp3 | AND 1 | 3,216KB | Audio |
| tonya24@KaZaA | 02-Until The Day I Die.mp3 | Story Of The Year | 3,745KB | Audio |
| tonya24@KaZaA | rapDMX - Ruff Ryders 2Anthem.mp3 | 3 | 3,381KB | Audio |
| tonya24@KaZaA | 19 Until The Day I Die.wma | AND 1 | 3,802KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search — Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | 19 Until The Day I Die.wma | AND 1 | 3,802KB | Audio |
| tonya24@KaZaA | Destiny's Child - Bills, Bills, Bills (1).mp3 | Destiny's Child | 4,334KB | Audio |
| tonya24@KaZaA | Aerosmith - Angel (2).mp3 | Aerosmith | 4,200KB | Audio |
| tonya24@KaZaA | Ludacris-chicken_beer-splash waterfalls-.mp3 | Ludacris | 2,250KB | Audio |
| tonya24@KaZaA | 02 Until the Day I Die.wma | The A | 1,864KB | Audio |
| tonya24@KaZaA | STORY OF THE YEAR-Page Avenue-dive right in.mp3 | Story Of The Year | 4,010KB | Audio |
| tonya24@KaZaA | Splash water falls.wma | The.A. | 4,583KB | Audio |
| tonya24@KaZaA | Master P - Them Jeans (1) (1).mp3 | AND 1 | 8,262KB | Audio |
| tonya24@KaZaA | GEMJINE - In Them Jeans.mp3 | ginuwine | 3,806KB | Audio |
| tonya24@KaZaA | 02 Until the Day I Die.mp3 | Story Of The Year | 1,611KB | Audio |
| tonya24@KaZaA | Story of the Year- Until The Day I Die.mp3 | Story Of The Year | 5,675KB | Audio |
| tonya24@KaZaA | Nick Lachey ~ Edge Of Eternity.mp3 | Nick Lachey | 5,607KB | Audio |
| tonya24@KaZaA | Lil' John_Eastside Boyz - Get Dat Hell Out Of Here.wma | The A | 1,954KB | Audio |
| tonya24@KaZaA | 13-Nick Lachey - Shut Up.mp3 | Nick Lachey | 2,915KB | Audio |
| tonya24@KaZaA | 02 - Nick Lachey - Let Go.mp3 | Nick Lachey | 5,192KB | Audio |
| tonya24@KaZaA | Lil' John _The Eastside Boys - Just A Blotch.mp3 | Lil' John_The Eastside B... | 3,302KB | Audio |
| tonya24@KaZaA | 09 One Call Away.wma | The A | 5,453KB | Audio |
| tonya24@KaZaA | yeah!.mp3 | 3 | 5,833KB | Audio |
| tonya24@KaZaA | Chingy - One Call Away.wma | The.A | 2,190KB | Audio |
| tonya24@KaZaA | Ying Yang Twinz - Naggin Part II (The Answer).wma | The.A. | 2,613KB | Audio |
| tonya24@KaZaA | t_06_lets_get_away_dirt..mp3 | T.I. | 8,762KB | Audio |
| tonya24@KaZaA | Salt Shaker.mp3.wma | 3 | 3,971KB | Audio |
| tonya24@KaZaA | 01-High24s_(radio)-ms.mp3 | T.I. | 6,178KB | Audio |
| tonya24@KaZaA | Westside Connection ft. Nate Dogg - Gangsta Nation.wma | The A | 3,229KB | Audio |
| tonya24@KaZaA | Eamon - I dont want you back (1).mp3 | AND 1 | 1,725KB | Audio |
| tonya24@KaZaA | 02 with You.wma | The A | 3,026KB | Audio |
| tonya24@KaZaA | R. Kelly loveland 15.MP3 | R. Kelly | 1,549KB | Audio |
| tonya24@KaZaA | Kanye West - Through The Wire.mp3 | 3 | 3,884KB | Audio |
| tonya24@KaZaA | Say Goodbye.wma | The A | 6,058KB | Audio |

97,069 users online, sharing 862,960 files (484,704 GB).   Not sharing any files

Found 1229 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | Say Goodbye.wma | The A | 6,058KB | Audio |
| tonya24@KaZaA | Boys II Men - Can U Stand the Rain.mp3 | Boyz II Men | 3,770KB | Audio |
| tonya24@KaZaA | 02 A Little Bit.wma | The A | 3,590KB | Audio |
| tonya24@KaZaA | ludacris - get out the wey.mp3 | Ludacris_Mystikal | 5,348KB | Audio |
| tonya24@KaZaA | Boys II Men-I'll Make love.mp3 | Boyz II Men | 3,239KB | Audio |
| tonya24@KaZaA | aerosmith - sweet emotion (1).mp3 | AND 1 | 2,980KB | Audio |
| tonya24@KaZaA | Boys 2 Men - It's So Hard to Say Goodbye.mp3 | Boyz II Men | 2,662KB | Audio |
| tonya24@KaZaA | boys 2 men - I do.mp3 | Boyz II Men | 3,922KB | Audio |
| tonya24@KaZaA | slowed down - sorry 2004.wma | The A | 5,106KB | Audio |
| tonya24@KaZaA | lil_wayne-09-damn_freestyle-rage.mp3 | Lil Wayne | 7,001KB | Audio |
| tonya24@KaZaA | Yingyang Twins - Whistle While You Work.mp3 | Ying Yang Twinz | 4,304KB | Audio |
| tonya24@KaZaA | Get It On The Floor.wma | The A | 2,583KB | Audio |
| tonya24@KaZaA | Aerosmith - Dont Wanna Close My Eyes.mp3 | Aerosmith | 4,640KB | Audio |
| tonya24@KaZaA | Kwon-Tipsy.wma | The A | 3,650KB | Audio |
| tonya24@KaZaA | STORY OF THE YEAR - UNTIL THE DAY I DIE.wma | The A | 2,861KB | Audio |
| tonya24@KaZaA | Ying Yan Twins - Whistle while u twerk.mp3 | Whistle While You Work | 1,352KB | Audio |
| tonya24@KaZaA | D1 Screw - Move Bitch.mp3 | 3 | 5,596KB | Audio |
| tonya24@KaZaA | Rubin - Sorry 2004.mp3 | Ruben Studdard | 3,627KB | Audio |
| tonya24@KaZaA | Story of the Year - Till the Day I Die.mp3 | Story Of The Year | 3,715KB | Audio |
| tonya24@KaZaA | STORY OF THE YEAR - UNTIL THE DAY I DIE (1).mp3 | Story Of The Year | 3,764KB | Audio |
| tonya24@KaZaA | 18 Get Low (1).wma | AND 1 | 1,832KB | Audio |
| tonya24@KaZaA | Ruben-Im sorry.mp3 | Ruben Studdard | 6,127KB | Audio |
| tonya24@KaZaA | Ludacris - Move Bitch.mp3 | Ludacris | 4,232KB | Audio |
| tonya24@KaZaA | 06 - If i ain't got you(1) (0).mp3 | Alicia Keys | 5,366KB | Audio |
| tonya24@KaZaA | Hilary Duff - Come Clean.wma | The A | 2,527KB | Audio |
| tonya24@KaZaA | Hillary Duff - Come Clean.MP3 | Hilary Duff | 3,323KB | Audio |
| tonya24@KaZaA | Them Jeans.mp3 | Master P ft Lil' John | 4,955KB | Audio |
| tonya24@KaZaA | Sheri Crow - Soak Up The Sun.mp3 | 3 | 4,565KB | Audio |
| tonya24@KaZaA | Sheri Crow - All I Wanna Do.mp3 | 3 | 4,257KB | Audio |
| tonya24@KaZaA | Kid Rock (S Sheryl Crow) - pickup (1).mp3 | Kid Rock & Sheryl Crow | 4,578KB | Audio |