**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | Sheri Crow - All I Wanna Do.mp3 | 3 | 4,257KB | Audio |
| tonya24@KaZaA | Kid Rock (f Sheryl Crow) - Picture (t).mp3 | Kid Rock ft Sheri Crow | 4,672KB | Audio |
| tonya24@KaZaA | 06 Dirt Off Your Shoulder.wma | The A | 2,901KB | Audio |
| tonya24@KaZaA | Avant - Separated.mp3 | Avant | 5,966KB | Audio |
| tonya24@KaZaA | keke wyatt_Avant - nothing in this world.mp3 | Keke Wyatt and Avant | 3,818KB | Audio |
| tonya24@KaZaA | kanye_west-through_the_wire.mp3 | Kanye West | 3,553KB | Audio |
| tonya24@KaZaA | 18-kanye_west-through_the_wire-wcr.mp3 | Kanye West | 5,317KB | Audio |
| tonya24@KaZaA | jay-z - dirt off your shoulder.wma | The A | 3,860KB | Audio |
| tonya24@KaZaA | Jay-Z - Dirt Off My Shoulder.mp3 | Jay Z | 5,748KB | Audio |
| tonya24@KaZaA | dmx - ruff ryders anthem (6).mp3 | 3 | 2,093KB | Audio |
| tonya24@KaZaA | Lil Scrappy - We Some Headbusters.mp3 | 3 | 7,001KB | Audio |
| tonya24@KaZaA | J-Kwon - Tipsy.wma | The A | 1,921KB | Audio |
| tonya24@KaZaA | Tipsy (Dirty Version).mp3 | J Kwon | 3,012KB | Audio |
| tonya24@KaZaA | Jennifer Lopez feat R.wma | The A | 2,201KB | Audio |
| tonya24@KaZaA | DMX - Get It On The Floor.mp3 | DMX | 3,081KB | Audio |
| tonya24@KaZaA | sclub-7- I Never Had A Dream.mp3 | S Club 7 | 3,772KB | Audio |
| tonya24@KaZaA | Mr. C - Cha Cha Slide.mp3 | 3 | 3,938KB | Audio |
| tonya24@KaZaA | DMX - Lets Get It On.mp3 | DMX | 6,148KB | Audio |
| tonya24@KaZaA | DMX - Get It On The Floor feat. Swizz Beatz.mp3 | DMX | 4,100KB | Audio |
| 2 Users | 03-youngbloodz-damn-cms.mp3 | young bloods | 1,317KB | Audio |
| tonya24@KaZaA | 06-if i aint got you (6).mp3 | Alicia Keys | 5,363KB | Audio |
| 3 Users | Damn.mp3 | Young Bloods_Lil Jon | 4,698KB | Audio |
| tonya24@KaZaA | Track 15.mp3 | DMX | 3,232KB | Audio |
| tonya24@KaZaA | get it on the floor.mp3 | DMX | 6,148KB | Audio |
| tonya24@KaZaA | DMX-Ain't no sunshine.mp3 | DMX | 12,698KB | Audio |
| tonya24@KaZaA | 05 Get It on the Floor.wma | The A | 4,129KB | Audio |
| tonya24@KaZaA | J-Kwon-Get Tipsy.mp3 | J-Kwon | 3,728KB | Audio |
| 2 Users | j-kwon - tipsy (5) (6).mp3 | J-Kwon | 5,680KB | Audio |
| tonya24@KaZaA | Yin Yang Twins - Salt Shaker.mp3 | Ying Yang Twinz | 5,870KB | Audio |

Found 1,229 files. | 67,060 users online, sharing 86,846,940 files (484,704.5GB) | Not Sharing any files

# Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | | | | Tell A Friend
New search | Download | Search | | | Traffic | Shop | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | Yin Yang Twins - Salt Shaker.mp3 | Ying Yang Twinz | 5,870KB | Audio |
| tonya24@KaZaA | 06-if i aint got you (1).mp3 | Alicia Keys | 5,363KB | Audio |
| tonya24@KaZaA | three 6 mafia - ridin spinners (1).wmv | Unknown | 10,110KB | Video |
| tonya24@KaZaA | Sheryl Crow -- Strong Enough To Be My Man.mp3 | 3 | 3,004KB | Audio |
| tonya24@KaZaA | Three Six Mafia and Twista - Smoked Out (1).mp3 | AND 1 | 3,720KB | Audio |
| tonya24@KaZaA | Turn Off The Lights.mp3 | Teddy Pendergrass | 8,320KB | Audio |
| tonya24@KaZaA | Young Bloodz feat Lil' Jon = Damn!.mp3 | 3 | 4,698KB | Audio |
| tonya24@KaZaA | AlbumArt_{664CD231-ECD4-49C7-94F8-F1125954BFED}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | B'ball and mjg - you dont want drama.mp3 | 8ball and mjg | 5,176KB | Audio |
| tonya24@KaZaA | AlbumArt_{664CD231-ECD4-49C7-94F8-F1125954BFED}_... | Unknown | 7KB | Image |
| tonya24@KaZaA | AlbumArt_{F7A826E2-1514-46D2-A249-F89E479D6687}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{F7A826E2-1514-46D2-A249-F89E479D6687}_... | Unknown | 12KB | Image |
| tonya24@KaZaA | D-12 and Eminem - My Band.mp3 | D12 | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{066FE803-25BD-4312-9BD0-4631625F5AC7}_... | Unknown | 6,145KB | Audio |
| tonya24@KaZaA | peteypablo - north carolina.mp3 | 3 | 11KB | Image |
| tonya24@KaZaA | AlbumArt_{066FE803-25BD-4312-9BD0-4631625F5AC7}_... | Unknown | 4,683KB | Audio |
| tonya24@KaZaA | AlbumArt_{EFF94BD0-C884-4820-98C6-9EFFC2780683}_... | Unknown | 6KB | Image |
| tonya24@KaZaA | TI - Rubberband Man.mp3 | T.I. | 19KB | Image |
| tonya24@KaZaA | AlbumArt_{EFF94BD0-C884-4820-98C6-9EFFC2780683}_... | Unknown | 10,968KB | Audio |
| tonya24@KaZaA | Usher - U Make Me Wanna.mp3 | Usher | 2KB | Image |
| tonya24@KaZaA | usher - nice and slow (remix).mp3 | 3 | 14KB | Image |
| tonya24@KaZaA | AlbumArt_{03D248A7-8DCC-45CB-AB13-9094EE0B1C68}_... | Unknown | 3,457KB | Audio |
| tonya24@KaZaA | AlbumArt_{03D248A7-8DCC-45CB-AB13-9094EE0B1C68}_... | Unknown | 2,098KB | Audio |
| tonya24@KaZaA | AlbumArt_{C212FF41-147D-402C-BAC5-1284F8B4C802}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{C212FF41-147D-402C-BAC5-1284F8B4C802}_... | Unknown | 12KB | Image |
| tonya24@KaZaA | AlbumArt_{44A48110-BCCC-4869-B62E-072CC2B8CB4C}_... | Unknown | 1KB | Image |
| tonya24@KaZaA | lostprophets - last train home.wma | The A | 5KB | Image |
| | | | 2KB | Image |
| | | | 2,026KB | Audio |

Found 1229 files.

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New search | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | lostprophets - last train home.wma | The A | 2,028KB | Audio |
| tonya24@KaZaA | 06 - if i aint got you.mp3 | Alicia Keys | 5,362KB | Audio |
| tonya24@KaZaA | AlbumArt_{44A48110-BCCC-4869-B62F-072CC2B8CB4C}_... | Unknown | 6KB | Image |
| tonya24@KaZaA | AlbumArt_{90B05BB1-01F2-4229-854D-26AF045F2E89}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{90B05BB1-01F2-4229-854D-26AF045F2E89}_L... | Unknown | 10KB | Image |
| tonya24@KaZaA | AlbumArt_{02E87B6B-C0D1-45A5-AA7E-3BA682FA8B2F}_... | Unknown | 3KB | Image |
| tonya24@KaZaA | AlbumArt_{02E87B6B-C0D1-45A5-AA7E-3BA682FA8B2F}_... | Unknown | 15KB | Image |
| tonya24@KaZaA | AlbumArt_{8924D342-2D63-4F5E-8F47-B03A017E7334}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{8924D342-2D63-4F5E-8F47-B03A017E7334}_L... | Unknown | 11KB | Image |
| tonya24@KaZaA | AlbumArt_{0B47ABEF-1687-4B22-9264-5CA6F9D88C18}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{0B47ABEF-1687-4B22-9264-5CA6F9D88C18}_... | Unknown | 10KB | Image |
| tonya24@KaZaA | AlbumArt_{4CEC391A-A6BD-4127-B6F1-53BA7EACA7EE}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{4CEC391A-A6BD-4127-B6F1-53BA7EACA7EE}_... | Unknown | 12KB | Image |
| tonya24@KaZaA | AlbumArt_{4C4FF7E9-1329-4BFF-827E-08E4F2388075}_... | Unknown | 1KB | Image |
| tonya24@KaZaA | AlbumArt_{4C4FF7E9-1329-4BFF-827E-08E4F2388075}_L... | Unknown | 7KB | Image |
| tonya24@KaZaA | AlbumArt_{A0D06F57-BAF9-4FEB-A5EF-1E713C251105}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{A0D06F57-BAF9-4FEB-A5EF-1E713C251105}_... | Unknown | 10KB | Image |
| tonya24@KaZaA | AlbumArt_{A53E5E8C-2611-4172-B12B-081463C7681E}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{A53E5E8C-2611-4172-B12B-081463C7681E}_L... | Unknown | 12KB | Image |
| tonya24@KaZaA | AlbumArt_{5F9558E0-4D51-427C-B9BE-E9775C7A1DB2}_... | Unknown | 1KB | Image |
| tonya24@KaZaA | AlbumArt_{5F9558E0-4D51-427C-B9BE-E9775C7A1DB2}_... | Unknown | 3KB | Image |
| tonya24@KaZaA | AlbumArt_{18235632-9552-49D5-B9CE-559A19030DA4}_... | Unknown | 3KB | Image |
| tonya24@KaZaA | AlbumArt_{18235632-9552-49D5-B9CE-559A19030DA4}_L... | Unknown | 12KB | Image |
| tonya24@KaZaA | AlbumArt_{C9B82493-5744-4FF8-86F1-D2F46F6DBE70}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{C9B82493-5744-4FF8-86F1-D2F46F6DBE70}_L... | Unknown | 11KB | Image |
| tonya24@KaZaA | AlbumArt_{41A22B4E-6360-4309-BD31-981DACD4507B}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{41A22B4E-6360-4309-BD31-981DACD4507B}_... | Unknown | 12KB | Image |
| tonya24@KaZaA | AlbumArt_{06397C76-7395-4D36-921F-DD0A476DA592}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{06397C76-7395-4D36-921F-DD0A476DA592}_... | Unknown | 10KB | Image |

Found 1229 files.  67,060 users online, sharing 86,846,960 files (484,704 GB).  Not sharing any files.

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | | | Traffic | Shop | Tell A Friend

New search | Download | | | Search | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | AlbumArt_{06397C76-7395-4D36-921F-DD0A4476DA592}_... | Unknown | 10KB | Image |
| tonya24@KaZaA | AlbumArt_{20FED37E-792B-43E6-8914-11BF1428271B}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{20FED37E-792B-43E6-8914-11BF1428271B}_L... | Unknown | 8KB | Image |
| tonya24@KaZaA | AlbumArt_{80B749D6-D244-4FA8-8FC5-10291C800DBF}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{80B749D6-D244-4FA8-8FC5-10291C800DBF}_... | Unknown | 9KB | Image |
| tonya24@KaZaA | AlbumArt_{BB14CE3F-F85F-47B3-8C47-408026498FE5}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{BB14CE3F-F85F-47B3-8C47-408026498FE5}_L... | Unknown | 8KB | Image |
| tonya24@KaZaA | AlbumArt_{F4851F33-DE02-42E6-860A-7DA5E0A982A6}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{F4851F33-DE02-42E6-860A-7DA5E0A982A6}_... | Unknown | 11KB | Image |
| tonya24@KaZaA | AlbumArt_{9FBE0CC8-CCB5-4BE9-A41B-B45BE0FBA892}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{9FBE0CC8-CCB5-4BE9-A41B-B45BE0FBA892}_... | Unknown | 10KB | Image |
| tonya24@KaZaA | AlbumArt_{798EE07C-8D02-42F8-8AD6-71A4F3A18F33}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{798EE07C-8D02-42F8-8AD6-71A4F3A18F33}_... | Unknown | 11KB | Image |
| tonya24@KaZaA | AlbumArt_{69F07EA2-ECF6-4DD9-9E1E-43C4D8D55D67}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{69F07EA2-ECF6-4DD9-9E1E-43C4D8D55D67}_... | Unknown | 10KB | Image |
| tonya24@KaZaA | AlbumArt_{05D60A27-9972-48FB-8420-C3E0B77281FE}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{05D60A27-9972-48FB-8420-C3E0B77281FE}_L... | Unknown | 7KB | Image |
| tonya24@KaZaA | AlbumArt_{EE336226-73E4-4372-B9C7-0DBA0CC284F4}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{EE336226-73E4-4372-B9C7-0DBA0CC284F4}_... | Unknown | 7KB | Image |
| tonya24@KaZaA | AlbumArt_{2CDFF58C-1538-48A3-9DCB-EA2B6289C1F2}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{2CDFF58C-1538-48A3-9DCB-EA2B6289C1F2}_... | Unknown | 11KB | Image |
| tonya24@KaZaA | AlbumArt_{DACC9628-1EE0-4B28-90D5-B3E51B3AF8C5}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{DACC9628-1EE0-4B28-90D5-B3E51B3AF8C5}_... | Unknown | 11KB | Image |
| tonya24@KaZaA | AlbumArt_{E4B5DFC0-A07D-4505-890A-6F0E5E881F71}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{E4B5DFC0-A07D-4505-890A-6F0E5E881F71}_... | Unknown | 10KB | Image |
| tonya24@KaZaA | AlbumArt_{6AA0CF81-E135-44A7-BB4C-2E1CBEFE57F1}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{6AA0CF81-E135-44A7-BB4C-2E1CBEFE57F1}_... | Unknown | 6KB | Image |
| tonya24@KaZaA | AlbumArt_{05FD8AC3-B0DB-430B-BE3D-281D22B7B13C}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{05FD8AC3-B0DB-430B-BE3D-281D22B7B13C}_... | Unknown | 6KB | Image |

Found 1,229 files. | 97,060 users online, sharing 886,848,960 files (4,847,704 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | | | Tell A Friend
New search | Download | | Search | | | Shop | Traffic | Search Field

| User: | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | AlbumArt_{05FDBAC3-B0D8-430B-8E3D-281D22B7B13C}_... | Unknown | 6KB | Image |
| tonya24@KaZaA | AlbumArt_{03FD91BE-7C2F-42E4-A825-0D6014152D87}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{03FD91BE-7C2F-42E4-A825-0D6014152D87}_... | Unknown | 10KB | Image |
| tonya24@KaZaA | AlbumArt_{A3167B9F-5FEA-4F21-AD11-49A8A74EEEC3}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{A3167B9F-5FEA-4F21-AD11-49A8A74EEEC3}_... | Unknown | 9KB | Image |
| tonya24@KaZaA | AlbumArt_{ADCCCFD6-0341-4AAE-88A7-E190CBCE64F8}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{ADCCCFD6-0341-4AAE-88A7-E190CBCE64F8}_... | Unknown | 8KB | Image |
| tonya24@KaZaA | AlbumArt_{81509B87-B0B8-491A-8722-CB7D861A8F7A}_... | Unknown | 3KB | Image |
| tonya24@KaZaA | AlbumArt_{81509B87-B0B8-491A-8722-CB7D861A8F7A}_... | Unknown | 12KB | Image |
| tonya24@KaZaA | AlbumArt_{8E97A8B1-4D84-4B04-8FDD-EAFDA2ACE778}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{8E97A8B1-4D84-4B04-8FDD-EAFDA2ACE778}_... | Unknown | 8KB | Image |
| tonya24@KaZaA | AlbumArt_{666D153A-C61C-4037-A170-3B96D63C5FBA}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{666D153A-C61C-4037-A170-3B96D63C5FBA}_... | Unknown | 12KB | Image |
| tonya24@KaZaA | AlbumArt_{BF5E197D-D246-405A-9A5C-2C5239487BF5}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{BF5E197D-D246-405A-9A5C-2C5239487BF5}_... | Unknown | 10KB | Image |
| tonya24@KaZaA | AlbumArt_{EDF193E4-7545-4992-A3F7-367F9FDDC0F1}_... | Unknown | 3KB | Image |
| tonya24@KaZaA | AlbumArt_{EDF193E4-7545-4992-A3F7-367F9FDDC0F1}_... | Unknown | 17KB | Image |
| tonya24@KaZaA | AlbumArt_{35665E37-EF04-4552-AE48-8114A954489DF}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{35665E37-EF04-4552-AE48-8114A954489DF}_L... | Unknown | 10KB | Image |
| tonya24@KaZaA | AlbumArt_{7C737A64-4966-4295-8BE0-76AC6550AE79}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{7C737A64-4966-4295-8BE0-76AC6550AE79}_... | Unknown | 10KB | Image |
| tonya24@KaZaA | AlbumArt_{72AA3F42-E328-4FCF-B5BB-27621EFFE101}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{72AA3F42-E328-4FCF-B5BB-27621EFFE101}_L... | Unknown | 9KB | Image |
| tonya24@KaZaA | AlbumArt_{7DBD2942-CDAC-4734-8DFD-13B42C3528CD}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{7DBD2942-CDAC-4734-8DFD-13B42C3528CD}_... | Unknown | 9KB | Image |
| tonya24@KaZaA | AlbumArt_{777CF934-48D0-4B86-9DC6-99F5370C0325}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{777CF934-48D0-4B86-9DC6-99F5370C0325}_... | Unknown | 9KB | Image |
| tonya24@KaZaA | AlbumArt_{4D9A7060-5A1F-4AA5-B310-E63B3643CEF9}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{4D9A7060-5A1F-4AA5-B310-E63B3643CEF9}_... | Unknown | 6KB | Image |

Found: 1229 files | 97,060 user(s) online, sharing 86,848,960 files (484,701 GB) | Not sharing any files

| User | Filename | Size | Media Type |
|---|---|---|---|
| tonya24@KaZaA | AlbumArt_{4D9A7060-5A1F-4AA5-B310-E63B3643CEF9}_... | 6KB | Image |
| tonya24@KaZaA | AlbumArt_{2A2CC938-6986-4A87-BD86-58CF2CB2E9FB}_... | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{2A2CC938-6986-4A87-BD86-58CF2CB2E9FB}_... | 10KB | Image |
| tonya24@KaZaA | AlbumArt_{9F431219-199B-4B1A-957B-98C38C72D761}_... | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{9F431219-199B-4B1A-957B-98C38C72D761}_... | 11KB | Image |
| tonya24@KaZaA | AlbumArt_{386A70FC-9CFA-4C11-9BA8-C13D2979289B}_... | 3KB | Image |
| tonya24@KaZaA | AlbumArt_{386A70FC-9CFA-4C11-9BA8-C13D2979289B}_... | 15KB | Image |
| tonya24@KaZaA | AlbumArt_{1AF31958-A2CC-4DEB-8C52-7C19C6760C7A}_... | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{1AF31958-A2CC-4DEB-8C52-7C19C6760C7A}_... | 9KB | Image |
| tonya24@KaZaA | AlbumArt_{C275C11F-2AC6-4807-A0CD-E9AE4BF832DD}_... | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{C275C11F-2AC6-4807-A0CD-E9AE4BF832DD}_... | 9KB | Image |
| tonya24@KaZaA | AlbumArt_{7E66D2B5-A5F8-4D49-9CFA-D0D1B233D498}_... | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{7E66D2B5-A5F8-4D49-9CFA-D0D1B233D498}_L... | 6KB | Image |
| tonya24@KaZaA | AlbumArt_{3B905193-B9AC-46F4-B5F7-920B36ABBC1D}_... | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{3B905193-B9AC-46F4-B5F7-920B36ABBC1D}_... | 11KB | Image |
| tonya24@KaZaA | AlbumArt_{EF8B41B0-EF9F-4F3B-859A-5D970E77B47B}_... | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{EF8B41B0-EF9F-4F3B-859A-5D970E77B47B}_L... | 13KB | Image |
| tonya24@KaZaA | AlbumArt_{B6639AB1-F413-4C18-8519-B3FE319DEC0C}_... | 1KB | Image |
| tonya24@KaZaA | AlbumArt_{B6639AB1-F413-4C18-8519-B3FE319DEC0C}_... | 6KB | Image |
| tonya24@KaZaA | AlbumArt_{9944B742-E315-4EA9-A17D-8C637E4E5C52}_... | 3KB | Image |
| tonya24@KaZaA | AlbumArt_{9944B742-E315-4EA9-A17D-8C637E4E5C52}_... | 13KB | Image |
| tonya24@KaZaA | AlbumArt_{9B132337-C12D-409B-93CF-96C34F898417}_... | 10KB | Image |
| tonya24@KaZaA | AlbumArt_{9B132337-C12D-409B-93CF-96C34F898417}_... | 8KB | Image |
| tonya24@KaZaA | AlbumArt_{EBDB5CB8-44C6-4D18-BCBF-C3733834C390}_... | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{EBDB5CB8-44C6-4D18-BCBF-C3733834C390}_L... | 11KB | Image |
| tonya24@KaZaA | AlbumArt_{6EAB3A4E-A363-4497-9682-308F4B7E5088}_... | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{6EAB3A4E-A363-4497-9682-308F4B7E5088}_L... | 8KB | Image |
| tonya24@KaZaA | AlbumArt_{F06029D8-C27C-4EE2-998E-ED19847D1F74}_... | | |

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | AlbumArt_{F0602908-C27C-4EE2-998E-ED19847D1F74}_... | Unknown | 8KB | Image |
| tonya24@KaZaA | AlbumArt_{7AC32F64-7269-4A50-9F9A-030316D6FFFB}_... | Unknown | 1KB | Image |
| tonya24@KaZaA | AlbumArt_{7AC32F64-7269-4A50-9F9A-030316D6FFFB}_... | Unknown | 7KB | Image |
| tonya24@KaZaA | AlbumArt_{68789448-1C38-444B-B7E7-E91444B0AE5D}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{68789448-1C38-444B-B7E7-E91444B0AE5D}_L... | Unknown | 9KB | Image |
| tonya24@KaZaA | AlbumArt_{55CCC3E4-098F-446B-9117-02A946844767}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{55CCC3E4-098F-446B-9117-02A946844767}_... | Unknown | 13KB | Image |
| tonya24@KaZaA | AlbumArt_{9BE7B95F-C63C-4375-84DC-6B1FB5357D28}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{9BE7B95F-C63C-4375-84DC-6B1FB5357D28}_... Rodeo | Unknown | 10KB | Image |
| tonya24@KaZaA | David Allen Coe - Rodeo Song (Fucking Jerk).mp3 | David Allen Coe | 2,928KB | Audio |
| tonya24@KaZaA | Country - Judds - Grampa.mp3 | Judds | 3,986KB | Audio |
| tonya24@KaZaA | A Boy Named Sue.mp3 | Johnny Cash | 4,404KB | Audio |
| tonya24@KaZaA | Dolly Pardon - Here It Comes Again.mp3 | Dolly Parton | 2,764KB | Audio |
| tonya24@KaZaA | loretta lynn - Satin Sheets.mp3 | Various Artists | 1,967KB | Audio |
| tonya24@KaZaA | TammyWynette - StandByYouMan.mp3 | Tammy Wynette | 3,960KB | Audio |
| tonya24@KaZaA | jay-z-the black album-encore.mp3 | diadems | 6,411KB | Audio |
| tonya24@KaZaA | kenny rogers coward of the county.mp3.asf | Unknown | 22KB | Video | kenny rogers coward |
| tonya24@KaZaA | Aerosmith - Sweet Emotion.mp3 | AeroSmith | 4,329KB | Audio |
| tonya24@KaZaA | areosmith - dream on.mp3 | AeroSmith | 2,089KB | Audio |
| tonya24@KaZaA | AlbumArt_{38E6339F-5AA0-442C-BD02-F23E8D0C9162}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{9531BEFB-613C-4289-AE5A-A6E8C2218CAC}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{9531BEFB-613C-4289-AE5A-A6E8C2218CAC}_... | Unknown | 11KB | Image |
| tonya24@KaZaA | AlbumArt_{D33981ED-F30B-40A5-BD56-E61EE0489C85}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{D33981ED-F30B-40A5-BD56-E61EE0489C85}_... | Unknown | 10KB | Image |
| tonya24@KaZaA | AlbumArt_{38E6339F-5AA0-442C-BD02-F23E8D0C9162}_... | Unknown | 12KB | Image |
| tonya24@KaZaA | Beyoncé - Me, Myself And I.wma | The A | 4,736KB | Audio |
| tonya24@KaZaA | 04 - sheryl crow - the first cut is the deepest.wma | The A | 2,688KB | Audio | the first |
| tonya24@KaZaA | 05_-_One_Mic.mp3 | Nas | 5,258KB | Audio |
| tonya24@KaZaA | AlbumArt_{ED947231-CFDF-4AB9-B408-D8E7C2FED0BE}_... | Unknown | 12KB | Image |

Found 1229 files | 67,060 users online, sharing 86,848,960 files (484,704 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search |  |  | Traffic | Shop | Tell A Friend

New search | Download |  |  |  | Search Field

| User | Filename | Size | Media Type | Artist |
|---|---|---|---|---|
| tonya24@KaZaA | AlbumArt_{ED947231-CFDF-4AB9-B408-D8E7C2FED08E}_... | 12KB | Image | Unknown |
| tonya24@KaZaA | AlbumArt_{D20D81E4-980B-48C5-BB4B-472771021F0D}_... | 2KB | Image | Unknown |
| tonya24@KaZaA | AlbumArt_{D20D81E4-980B-48C5-BB4B-472771021F0D}_... | 8KB | Image | Unknown |
| tonya24@KaZaA | Uncle Cracker - Follow Me.mp3 | 2,947KB | Audio | Cracker |
| tonya24@KaZaA | tonya.kpl | 0KB |  | Amanda Perez |
| tonya24@KaZaA | AlbumArt_{2E8925DC-585D-4266-B99C-DC189F2BA06F}_... | 6KB | Image | Unknown |
| tonya24@KaZaA | AlbumArt_{250E7516-9376-4D72-9AB3-2EC1292B2695}_... | 2KB | Image | Unknown |
| tonya24@KaZaA | AlbumArt_{250E7516-9376-4D72-9AB3-2EC1292B2695}_L... | 11KB | Image | Unknown |
| tonya24@KaZaA | Dukes Of Hazard-Waylon Jennings.mp3 | 935KB | Audio | Waylon Jennings |
| tonya24@KaZaA | johnny cash - ring of fire (4) (4).mp3 | 2,103KB | Audio | Johnny Cash |
| tonya24@KaZaA | Johnny Cash - Folsom Prison Blues.mp3 | 2,646KB | Audio | Johnny Cash |
| tonya24@KaZaA | Johnny Cash - Cadillac, One Piece At A Time.mp3 | 3,738KB | Audio | Johnny Cash |
| tonya24@KaZaA | 01 I shot a man in Reno.mp3 | 3,440KB | Audio | Johnny Cash |
| tonya24@KaZaA | Kenny Rogers - Coward of the County.mp3 | 5,046KB | Audio | Kenny Rogers |
| tonya24@KaZaA | Billy Ray Cyrus - Achy Breaky Heart.mp3 | 2,778KB | Audio | Billy Ray Cyrus |
| 2 Users | Brooks and Dunn - Boot Scootin' Boogie.mp3 | 3,076KB | Audio | Brooks and Dunn |
| tonya24@KaZaA | willie nelson - If You Got the Money Honey.mp3 | 2,000KB | Audio | Willie Nelson |
| tonya24@KaZaA | Johnny Cash_Willie Nelson - Folsom Prison Blues.mp3 | 3,439KB | Audio | Johnny Cash |
| 2 Users | Loretta Lynn - You Ain't Woman Enough (1).mp3 | 2,096KB | Audio | Loretta Lynn |
| tonya24@KaZaA | Williams, Hank Jr - Country Boy Can Survive.mp3 | 3,968KB | Audio | Hank Williams Jr. |
| tonya24@KaZaA | Country - Hank Williams Jr. - Dixie.mp3 | 2,412KB | Audio | Hank Williams Jr. |
| tonya24@KaZaA | Hank Williams Jr and kid rock - Family Tradition.mp3 | 4,692KB | Audio | Hank Williams Jr. |
| tonya24@KaZaA | Brooks and Dunn - Boot Scootin Boogie (Dance Mix).mp3 | 4,436KB | Audio | Brooks and Dunn |
| 3 Users | Hank Williams Jr. - If Heaven Ain't Alot Like Dixie.mp3 | 2,654KB | Audio | Hank Williams Jr. |
| tonya24@KaZaA | Hank Williams Jr (1).mp3 | 2,280KB | Audio | Hank Williams Jr. |
| tonya24@KaZaA | AlbumArt_{9A255160-4099-45B5-A7BD-C986CC894CCD}_... | 2KB | Image | Unknown |
| tonya24@KaZaA | AlbumArt_{9A255160-4099-45B5-A7BD-C926CC894CCD}_... | 8KB | Image | Unknown |
| tonya24@KaZaA | AlbumArt_{4979A741-3765-416F-A3C3-AC8C27C608FD}_... | 2KB | Image | Unknown |
| tonya24@KaZaA | AlbumArt_{4979A741-3765-416F-A3C3-AC8C27C608FD}_... | 12KB | Image | Unknown |

Found 1,229 files. | 97,060 users online, sharing 86,848,960 files (484,704 GB) | Not sharing any files