# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | | | Download

New search | | | | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | AlbumArt_{4979A741-3765-416F-A3C3-AC8C27C608FD}_... | Unknown | 12KB | Image |
| tonya24@KaZaA | AlbumArt_{40CA3252-29A7-47AC-85D4-AF270BE1EAF7}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{40CA3252-29A7-47AC-85D4-AF270BE1EAF7}_... | Unknown | 8KB | Image |
| tonya24@KaZaA | AlbumArt_{30703EE8-8F95-4889-807F-F0C3CB26CC7A}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{30703EE8-8F95-4889-807F-F0C3CB26CC7A}_... | Unknown | 7KB | Image |
| tonya24@KaZaA | AlbumArt_{5C09C257-8196-4FAC-95DC-DA93D69E7B50}_... | Unknown | 1KB | Image |
| tonya24@KaZaA | AlbumArt_{5C09C257-8196-4FAC-95DC-DA93D69E7B50}_... | Unknown | 6KB | Image |
| tonya24@KaZaA | AlbumArt_{E70EB03A-536D-453A-9E6F-B29286E73755}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{E70EB03A-536D-453A-9E6F-B29286E73755}_L... | Unknown | 8KB | Image |
| tonya24@KaZaA | AlbumArt_{F62EF243-F051-43D7-BC4B-22C89A586C8E}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{F62EF243-F051-43D7-BC4B-22C89A586C8E}_... | Unknown | 8KB | Image |
| tonya24@KaZaA | AlbumArt_{95AA7EA3-BE46-4086-9B64-1659D3E1C654}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{95AA7EA3-BE46-4086-9B64-1659D3E1C654}_... | Unknown | 9KB | Image |
| tonya24@KaZaA | AlbumArt_{B15F6630-8FBB-4FFA-BDE4-598B4295F667}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{B15F6630-8FBB-4FFA-BDE4-598B4295F667}_L... | Unknown | 10KB | Image |
| tonya24@KaZaA | AlbumArt_{03E3A176-800E-4466-9429-AD41F8606D34}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{03E3A176-800E-4466-9429-AD41F8606D34}_... | Unknown | 11KB | Image |
| tonya24@KaZaA | AlbumArt_{F5F57525-C68A-4C1D-8ED9-1BDCA4FDC8AE}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{F5F57525-C68A-4C1D-8ED9-1BDCA4FDC8AE}_... | Unknown | 11KB | Image |
| tonya24@KaZaA | AlbumArt_{B947FCF8-B136-4967-88D6-5956B8988AF3}_... | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{B947FCF8-B136-4967-88D6-5956B8988AF3}_L... | Unknown | 9KB | Image |
| tonya24@KaZaA | Master P_Bone Thugs - Til We Dead And Gone.mp3 | Master P_Bone Thugs | 2,165KB | Audio |
| tonya24@KaZaA | BONE - THUGISH RUGISH BONE .MP3 | Bone Thugs and Harmony | 4,480KB | Audio |
| tonya24@KaZaA | Bone Thugs N Harmony - Love Of Money.mp3 | Bone Thugs and Harmony | 4,248KB | Audio |
| tonya24@KaZaA | bone thug and harmony-Paper Paper.mp3 | Bone Thugs-N Harmony | 4,958KB | Audio |
| tonya24@KaZaA | Bone Thugs N' Harmony - Thug Luv.mp3 | Bone Thugs -n- Harmony | 4,806KB | Audio |
| tonya24@KaZaA | dj screw - If i could teach the world.mp3 | Unknown | 3,824KB | Audio |
| tonya24@KaZaA | bone thugs n harmony - land of tha heartless.mp3 | Bone Thugs-N-Harmony | 2,904KB | Audio |
| tonya24@KaZaA | Juvenile - In My Life (1).mp3 | Juvenile | 5,905KB | Audio |

Found 1229 files | 97,060 users online, sharing 86,848,960 files (484,704 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| tonya24@KaZaA | Juvenile - In My Life (1).mp3 | Juvenile | 5,908KB | Audio |
| tonya24@KaZaA | 01-Mo' Thug.MP3 | Bone thugs-n-harmony | 1,568KB | Audio |
| tonya24@KaZaA | Alice In Chains - Man In The Box.mp3 | Alice In Chains | 4,478KB | Audio |
| tonya24@KaZaA | Jefferson Airplane- White Rabbit.mp3 | Jefferson Airplane | 7,548KB | Audio |
| tonya24@KaZaA | Suicidal Tendencies - Asleep at the Wheel.mp3 | Suicidal Tendencies | 6,674KB | Audio |
| tonya24@KaZaA | 05 - stunt 101.mp3 | G-Unit | 4,298KB | Audio |
| tonya24@KaZaA | Alice In Chains - Rooster.mp3 | Alice In Chains | 5,828KB | Audio |
| tonya24@KaZaA | George Thurogood - One Bourbon, One Scotch, One Beer... | George Thurogood | 7,872KB | Audio |
| tonya24@KaZaA | Soundgarden - Black Hole Sun.mp3 | Soundgarden | 4,968KB | Audio |
| tonya24@KaZaA | Violent Femmes - Blister in the Sun.mp3 | Violent Femmes | 2,256KB | Audio |
| tonya24@KaZaA | Violent Femmes - Kiss Off.mp3 | Violent Femmes | 2,760KB | Audio |
| tonya24@KaZaA | 08 Gotta Kill Captain Stupid.mp3 | Suicidal Tendencies | 2,832KB | Audio |
| tonya24@KaZaA | Suicidal Tendencies - Nobody Hears.mp3 | Suicidal Tendencies | 5,217KB | Audio |
| tonya24@KaZaA | Paul Simon - 50 Ways To Leave Your Lover.mp3 | Paul Simon | 3,313KB | Audio |
| tonya24@KaZaA | Metallica - Nothing Else Matters.mp3 | Metallica | 6,075KB | Audio |
| tonya24@KaZaA | Queen - Another One Bites The Dust.mp3 | Queen | 3,398KB | Audio |
| 2 Users | shep Michael Jackson - Billie Jean .mp3 | Micheal Jackson | 3,999KB | Audio |
| tonya24@KaZaA | Usher-You've Got it Bad.mp3 | U Got It Bad | 3,873KB | Audio |
| tonya24@KaZaA | Ginuwine - 05 - In Those Jeans - simplemp3s.mp3 | ginuwine | 5,707KB | Audio |
| tonya24@KaZaA | 04.P.O.D - Youth Of The Nation.mp3 | POD | 4,052KB | Audio |
| tonya24@KaZaA | Motley Crue - You're All I Need.mp3 | Motley Crue | 4,311KB | Audio |
| tonya24@KaZaA | Kix - Don't Close Your Eyes.mp3 | Kix | 4,000KB | Audio |
| tonya24@KaZaA | Radiohead - Creep.MP3 | Radiohead | 3,700KB | Audio |
| tonya24@KaZaA | Primus - jerry was a race car driver.mp3 | Primus | 3,002KB | Audio |
| tonya24@KaZaA | Prince – Darling Nikki (Unreleased Version).mp3 | Prince | 3,997KB | Audio |
| tonya24@KaZaA | Suicidal Tendencies - I'll Hate You Better.mp3 | Suicidal Tendencies | 4,026KB | Audio |
| tonya24@KaZaA | Pantera - A New Level (1).mp3 | Pantera | 3,712KB | Audio |
| tonya24@KaZaA | robzombie - living dead girl.mp3 | Rob Zombie | 2,855KB | Audio |
| tonya24@KaZaA | Williams Jr., Hank - Country Boys Can Survive.mp3 | Williams Jr., Hank | 4,011KB | Audio |

Found 1229 files | 97,060 users online, sharing 86,848,960 files (1,847.04 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| tonya24@KaZaA | Williams Jr., Hank - Country Boys Can Survive.mp3 | Williams Jr., Hank | 4,011KB | Audio |
| tonya24@KaZaA | Allison Crouse - When You Say Nothing At All.mp3 | Allison Crouse | 4,010KB | Audio |
| tonya24@KaZaA | Pantera - Respect.mp3 | Pantera | 5,474KB | Audio |
| tonya24@KaZaA | Dee Lite - Groove is in the Heart (1).mp3 | Dee Lite | 2,976KB | Audio |
| tonya24@KaZaA | Country - Allen Jackson - Midnight In Montgomery.mp3 | Alan Jackson | 2,650KB | Audio |
| tonya24@KaZaA | ashanti-09-baby-(MP3 - 4 - LIFE).mp3 | !! HTTP://Mp3s-4-all.org !! | 4,152KB | Audio |
| tonya24@KaZaA | Lean-Rymes - Can't fight the moonlight.mp3 | LeAnn Rimes | 2,526KB | Audio |
| tonya24@KaZaA | Stained - It's Been a While.mp3 | Staind | 6,240KB | Audio |
| tonya24@KaZaA | P. Diddy Ft. Loon_Ginuwine - I Need A Girl Part 2.mp3 | P. Diddy Ft. Loon_Ginuw... | 8,764KB | Audio |
| tonya24@KaZaA | Usher - U Remind Me.mp3 | Usher - MusicMadhouse | 3,878KB | Audio |
| tonya24@KaZaA | Leann Rimes - Star Spangled Banner (National Anthem).mp3 | 3. | 1,865KB | Audio |
| tonya24@KaZaA | Leeann Rhimes - Leane Rymes - Amazzzzing Grace.mp3 | 3. | 3,836KB | Audio |
| tonya24@KaZaA | slow songs - Adam Sandler - Grow Old With You.mp3 | 3. | 1,782KB | Audio |
| tonya24@KaZaA | Mya - My Love Is Like Whoa (Featuring Missy).mp3 | Mya | 3,301KB | Audio |
| tonya24@KaZaA | B2K - 13 - I Beat You To It (Turn The Par-music-madness-... | B2K | 5,460KB | Audio |
| tonya24@KaZaA | old-school slow jams - keith sweat - make it last forever (1)... | Keith Sweat Feat Jacci Mc... | 5,782KB | Audio |
| tonya24@KaZaA | Billy Gilman - Sleigh Ride (duet with Charlotte Church) (Clas... | Billy Gilman - Charlotte Ch... | 4,692KB | Audio |
| tonya24@KaZaA | 03 - Gunit - My Buddy.mp3 | G-Unit | 3,512KB | Audio |
| tonya24@KaZaA | RAP-Av8 Dj Ruffchild feat Jay-Z_Ja Rule_JD_Mya_Crooold... | 3. | 3,651KB | Audio |
| tonya24@KaZaA | CLUB MIXES - DJ Carrasco (Ja Rule_Shaggy_Destiny's Chil... | DJ Carrasco | 19,200KB | Audio |
| tonya24@KaZaA | Jagged Edge and Run DMC- Let's Get Married remix.MP3 | Jagged Edge and Run D... | 1,749KB | Audio |
| tonya24@KaZaA | 03-50_cent-patiently_waiting_feat_eminem-rns.mp3 | 03_50_cent_patiently_wa... | 4,525KB | Audio |
| tonya24@KaZaA | Billy Gilman - There is a new kid in town.mp3 | Billy Gilman | 3,969KB | Audio |
| tonya24@KaZaA | 50 Cent feat. Snoop Dogg_Don Magic Juan - P.I.M.P. (RM... | 50 Cent | 4,489KB | Audio |
| -2 Users | | | | |
| tonya24@KaZaA | 02. here with out you.wma | Three Doors Down | 1,888KB | Audio |
| tonya24@KaZaA | Begees - Jive Talkin.mp3 | Bee Gees | 3,459KB | Audio |
| tonya24@KaZaA | Motley Crew - Girls Girls Girls.mp3 | Motley Crue | 6,345KB | Audio |
| tonya24@KaZaA | (JLo feat LLCool J)-All I Have.mp3 | Jlo feat LLCool J | 5,966KB | Audio |
| tonya24@KaZaA | Poison - Your Mama Don't Dance.mp3 | Poison | 4,254KB | Audio |

Found 1229 files | 97,060 users online, sharing 86,696,960 files (484,704 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | | Traffic | Shop | Tell A Friend

New Search | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| tonya24@KaZaA | Poison - Your Mama Don't Dance.mp3 | Poison | 4,254KB | Audio | You... |
| tonya24@KaZaA | Dolly Pardon - Here You Come Again .mp3 | Dolly Pardon | 2,092KB | Audio | |
| tonya24@KaZaA | Dirty Dancing - Patrick Swayze - Shes Like the Wind.mp3 | 3 | 3,635KB | Audio | Dirty Dancing - Patrick Swayze... |
| tonya24@KaZaA | Midnight Oil - Beds Are Burning.mp3 | Midnight Oil | 4,001KB | Audio | |
| tonya24@KaZaA | Ozzy Osbourne and Lida Ford- If I Close My Eyes Forever... | Ozzy_Lita Ford | 4,424KB | Audio | If I Cl... |
| tonya24@KaZaA | Ginuwine - I'm Sorry.mp3 | Ginuwine | 3,981KB | Audio | Im So... |
| tonya24@KaZaA | Silky Fine - Its Like Romeo_Juliet.mp3 | Silk-E Fyne | 4,281KB | Audio | |
| tonya24@KaZaA | DMX - Where Da Hood At (dirty)-Omni (1).mp3 | DMX | 3,429KB | Audio | Where I... |
| tonya24@KaZaA | Bow Wow Feat.mp3 | Bow Wow Feat. Baby | 6,029KB | Audio | |
| tonya24@KaZaA | Jaheim Feat. The Rayne - Fabolous.wma | Jaheim f. The Rayne | 3,562KB | Audio | |
| tonya24@KaZaA | B2K - 06 - He Couldnt Kiss (Jhene) - ZeNeCa888 (1).mp3 | Jhene (Lil Fizz_Cousin) | 4,487KB | Audio | |
| tonya24@KaZaA | (Rap) - Eve and Gwen Stefani - Let Me Blow Your Mind.mp3 | Tricia Yearwood | 4,179KB | Audio | |
| tonya24@KaZaA | 06 - nelly - Pimp Juice.mp3 | nelly | 2,854KB | Audio | |
| tonya24@KaZaA | Linkin Park - In The End.mp3 | Linkin Park | 3,382KB | Audio | |
| tonya24@KaZaA | Rob Zombie - Superbeast.mp3 | Rob Zombie | 3,442KB | Audio | |
| tonya24@KaZaA | Brian McKnight - Anytime.mp3 | Brian McKnight | 4,258KB | Audio | |
| tonya24@KaZaA | Randy Travis - Forever And Ever Amen.mp3 | Randy Travis | 3,338KB | Audio | Forev... |
| tonya24@KaZaA | Weird Al Yankovic - Bill Clinton - Bimbo Number 5.mp3 | 3 | 1,658KB | Audio | Weird Al Yankovic - Bill Clinton |
| tonya24@KaZaA | Ying Yang Twins-Kick In The Door.mp3 | Ying Yang Twins | 5,004KB | Audio | |
| tonya24@KaZaA | Kenny Rogers_Dolly Parton - Islands In The Stream.mp3 | Dolly Parton_Kenny Rod... | 3,884KB | Audio | Isl... |
| tonya24@KaZaA | TLC - No Scrubs.mp3 | TLC | 3,350KB | Audio | |
| tonya24@KaZaA | Willy Nelson - Luckenbach, Texas.mp3 | Willy Nelson_Waylon Jenn... | 2,332KB | Audio | |
| tonya24@KaZaA | Waylon Jennings_Willie Nelson- Luckenbach Texas.mp3 | Hank Williams Jr_Waylo... | 3,102KB | Audio | |
| 2 Users | Kenny Rodgers - Lady.mp3 | Kenny Rodgers | 3,648KB | Audio | |
| tonya24@KaZaA | Charlie Daniels Band - Long Haired Country Boy (2).mp3 | Charlie Daniels | 2,852KB | Audio | Long H... |
| tonya24@KaZaA | Waylon Jennings - Don't Let Your Babies Grow Up to be C... | Waylon Jennings | 2,364KB | Audio | Mammas Don'... |
| tonya24@KaZaA | Hank Williams Jr.mp3 | hank williams Jr | 3,688KB | Audio | |
| tonya24@KaZaA | Hank Williams Jr and Sr - There's a Tear In My Beer.mp3 | Hank Williams Jr. and Sr. | 2,657KB | Audio | Theres... |
| tonya24@KaZaA | Color Me Bad - I Adore, Mi Amore.mp3 | Color Me Badd | 4,545KB | Audio | |

Found 1229 Files | 97,060 users online, sharing 86,846,960 files (484,704 GB) | Not sharing any files

# Kazaa - [Search]

File | View | Player | Tools | Actions | Help

Web | My Kazaa | Theater | Download | New search | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | Color Me Bad - I Adore, MI Amore.mp3 | Color Me Badd | 4,548KB | Audio |
| tonya24@KaZaA | Uncle Cracker - Drift Away.mp3 | uncle kracker | 5,998KB | Audio |
| tonya24@KaZaA | Bone Thugs N Harmony - Shoot em Up.mp3 | bone thugs | 4,968KB | Audio |
| tonya24@KaZaA | Bone Thugs N Harmony f. Tupac - Thug Love.mp3 | BONE f/2PAC | 4,800KB | Audio |
| tonya24@KaZaA | Notorious BIG and Bone Thugs - Notorious Thugs.mp3 | Notorious BIG And Bone... | 5,750KB | Audio |
| tonya24@KaZaA | 08 - All The Way.mp3 | Bone Thugs N Harmony | 6,140KB | Audio |
| tonya24@KaZaA | Bone Thugs and Harmony - First Of Da Month.mp3 | Bone Thugs N Harmony | 4,915KB | Audio |
| tonya24@KaZaA | Bone Thugz N Harmony-Shots To The Double Glock (2)(1)... | Bone Thugs-and-Harmony | 4,416KB | Audio |
| tonya24@KaZaA | Tupac- Thuglove.mp3 | Bone Thugs N Harmony | 3,811KB | Audio |
| tonya24@KaZaA | Bone Thugs and Haromony - Eternial.mp3 | Bone Thugs and Harmony | 3,609KB | Audio |
| tonya24@KaZaA | Bone Thugs-N-Harmony feat. 3LW - Get Up And Get It.mp3 | Bone Thugs-N-Harmony f... | 4,339KB | Audio |
| tonya24@KaZaA | BoneThugs-N-Harmony-WeedSong.mp3 | Bone Thugs-N-Harmony | 2,212KB | Audio |
| tonya24@KaZaA | bone thugs n harmony - creepin on ah come up.mp3 | Bone thugs-n-harmony | 4,545KB | Audio |
| tonya24@KaZaA | Bone thugs -N- harmony - days of our lives.mp3 | Bone thugs and harmony | 4,542KB | Audio |
| tonya24@KaZaA | 15 - If I Fall.mp3 | Bone Thugs-N-Harmony | 7,372KB | Audio |
| tonya24@KaZaA | 06-06 Back Seat - Tony Yayo.mp3 | G Unit (50 Cent, Tony Ya... | 2,864KB | Audio |
| tonya24@KaZaA | Tyrese ft. Fat Joe - I Like Them Girls (remix).mp3 | Fat Joe/Ja Rule/Ashanti | 3,690KB | Audio |
| tonya24@KaZaA | Aerosmith - Dream On.mp3 | Aerosmith | 4,139KB | Audio |
| tonya24@KaZaA | Aerosmith - Crazy.mp3 | Aerosmith | 6,190KB | Audio |
| tonya24@KaZaA | Journey - Lovin', Touchin', Squeezin'.mp3 | Journey | 3,594KB | Audio |
| tonya24@KaZaA | 01-FAITHFULLY.mp3 | Journey | 3,820KB | Audio |
| tonya24@KaZaA | G-Unit - Beg For Mercy - I Know What Ya Like(1).mp3 | 50 Cent | 5,494KB | Audio |
| tonya24@KaZaA | Willie Nelson, Waylon Jennings - Momma, Don't Let Your... | Willie Nelson_Waylon Je... | 2,396KB | Audio |
| tonya24@KaZaA | 38 Special - Caught Up In You.mp3 | .38 Special | 4,259KB | Audio |
| tonya24@KaZaA | Styx - Come Sail Away.mp3 | Styx | 5,705KB | Audio |
| tonya24@KaZaA | Styx - Too Much Time On My Hands.mp3 | Styx | 4,274KB | Audio |
| tonya24@KaZaA | Less Than Jake - Automatic.mp3 | Less Than Jake | 1,970KB | Audio |
| tonya24@KaZaA | Styx - The Best Of Times.mp3 | Styx | 4,039KB | Audio |
| tonya24@KaZaA | Ray Stevens - The Streak.mp3 | Ray Stevens | 3,085KB | Audio |

Found 1,229 files. | 97,060 users online, sharing 86,848,960 files (484,704 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Tell A Friend | Shop | Traffic | Search Field

New search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | Ray Stevens - The Streak.mp3 | Ray Stevens | 3,085KB | Audio |
| tonya24@KaZaA | Styx - The Best Of Times (1).mp3 | Styx | 5,038KB | Audio |
| tonya24@KaZaA | Air Supply - I Cant Fight This Feeling Anymore.mp3 | REO Speedwagon | 4,644KB | Audio |
| tonya24@KaZaA | Supertramp - Take The Long Way Home.mp3 | Supertramp | 4,768KB | Audio |
| tonya24@KaZaA | Digital Underground - The Humpty Dance.mpeg | Digital Underground | 46,419KB | Video |
| tonya24@KaZaA | REO Speedwagon - Time For Me To Fly.mp3 | REO Speedwagon | 3,397KB | Audio |
| tonya24@KaZaA | Reo SpeedWagon - Goodbye Stranger.mp3 | Supertramp | 4,194KB | Audio |
| tonya24@KaZaA | Kenny Rogers_Dolly Parton - We've Got Tonight.mp3 | Kenny Rodgers/Dolly Part... | 4,001KB | Audio |
| tonya24@KaZaA | KENNY ROGERS - THE COWARD OF THE COUNTY.MP3 | Kenny Rodgers | 4,544KB | Audio |
| tonya24@KaZaA | Hank Williams Jr - Dixie On My Mind.mp3 | Hank Williams, Jr. | 1,835KB | Audio |
| tonya24@KaZaA | Coal Chamber- The Roof is on Fire-SWAY!s.mp3 | Coal Chamber | 2,856KB | Audio |
| tonya24@KaZaA | Supertramp - The Logical Song.mp3 | Supertramp | 3,901KB | Audio |
| tonya24@KaZaA | Journey-When_The_Lights_Go_Down_In_The_City.mp3 | Journey | 2,946KB | Audio |
| tonya24@KaZaA | Judds - Mama He's Crazy.mp3 | The Judds | 3,046KB | Audio |
| tonya24@KaZaA | Brooks and Dunn - Boot Scootin Boogie.mp3 | Garth Brooks | 4,880KB | Audio |
| tonya24@KaZaA | REO Speedwagon - Riding the Storm out.mp3 | REO Speedwagon | 5,470KB | Audio |
| tonya24@KaZaA | Primus-mr krinkle VCD(m) (1).mpg | Primus | 56,082KB | Video |
| tonya24@KaZaA | The Bloodhound Gang - The Roof Is On Fire.mp3 | Blood Hound Gang | 3,432KB | Audio |
| tonya24@KaZaA | Old School Rap- Volume 2 - The Roof Is On Fire (3).mp3 | Old School Rap | 2,249KB | Audio |
| tonya24@KaZaA | baby you got.mp3 | G-Unit | 5,716KB | Audio |
| tonya24@KaZaA | g-unit - popin them things.mp3 | G-Unit | 5,647KB | Audio |
| tonya24@KaZaA | Dirty Vegas - Days Go By (1).mpg | Dirty Vegas | 39,128KB | Video |
| tonya24@KaZaA | We On Fire.mp3 | Eminem_Lloyd Banks | 4,335KB | Audio |
| tonya24@KaZaA | Gangsta.mp3 | Ludacris_Lloyd Banks: | 2,692KB | Audio |
| tonya24@KaZaA | leeann rymes - how do I live.mp3 | Leanne Rimes | 4,178KB | Audio |
| tonya24@KaZaA | Jay Z - Whoa.mp3 | Lloyd Banks | 4,805KB | Audio |
| tonya24@KaZaA | JoJo - Leave (Get Out) | JoJo | 3,603KB | Audio |
| tonya24@KaZaA | JoJo - Leave (Get Out).mp3 | JoJo | 3,603KB | Audio |
| tonya24@KaZaA | 50cent_monica-21_questions_and_answers_(trendsetter... | 50 cent ft. nate dogg _... | 6,524KB | Audio |

Found 1229 files. | 97,060 users online, sharing 56,848,960 files (484,704 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | 50cent_monica-21_questions_and_answers_(trendsetter_... | 50 cent ft. nate dogg... | 6,524KB | Audio |
| tonya24@KaZaA | 2pac_Eminem - Murder Murder.mp3 | Eminem Feat. Tu Pac | 4,385KB | Audio |
| tonya24@KaZaA | Jeannie C. Riley - Harper Valley PTA.mp3 | Jeannie C. Riley | 2,316KB | Audio |
| tonya24@KaZaA | Jojo - Leave (Get Out) [Album Version].wma | Jojo | 3,603KB | Audio |
| tonya24@KaZaA | Reba McEntire - Fancy.mpg | Reba McEntire | 52,533KB | Video |
| tonya24@KaZaA | Eminem - Sing for the moment.mpg | Eminem | 5,322KB | Video |
| tonya24@KaZaA | Chris Isaac - Wicked Game.mpg | Chris Isaac | 41,235KB | Video |
| tonya24@KaZaA | Reba Mcentire - The Night The Lights Went Out In Georgia... | Reba McEntire | 62,164KB | Video |
| tonya24@KaZaA | Primus - My Name Is Mud (Music Video).mpg | Primus | 46,300KB | Video |
| tonya24@KaZaA | Eminem - Superman (Music Video).mpg | Eminem | 48,990KB | Video |
| tonya24@KaZaA | eminem-lose_yourself_xvcd_jpt.mpg | Eminem | 74,277KB | Video |
| tonya24@KaZaA | One Voice [Video] - Billy Gilman .mpg | Billy Gilman | 46,045KB | Video |
| tonya24@KaZaA | Stand Up.mpg | Ludacris | 36,573KB | Video |
| tonya24@KaZaA | Keep Your Receipt.wma | Cobalt Party Revolution | 1,310KB | Audio |
| tonya24@KaZaA | Chain Hang Low.wma | Lil Mont. | 1,926KB | Audio |
| tonya24@KaZaA | You And I Unity.wma | Azarel | 3,354KB | Audio |
| tonya24@KaZaA | Alicia Keys - You Don't Know My Name.mpga | Alicia Keys | 8,657KB | Audio |
| tonya24@KaZaA | Nickelback - How You Remind Me - videopimp.com.mpg | Nickelback | 38,289KB | Video |
| tonya24@KaZaA | Nickelback How You Remind Me (Live on Leno 10.08.2001)... | Nickelback | 38,874KB | Video |
| tonya24@KaZaA | the anthem. mp3 | Good Charlotte | 2,714KB | Audio |
| tonya24@KaZaA | Nickelback_-_Someday_-_videopimp.mpg | Nickelback | 35,250KB | Video |
| tonya24@KaZaA | Cher - If I Could Turn Back Time.mpg | Cher | 41,165KB | Video |
| tonya24@KaZaA | Destinys_Child_-_Bills_Bills_Bills.mpg | Destiny's Child | 41,811KB | Video |
| tonya24@KaZaA | Master P - Oohhhwee (#JustVids:#Dalnet).mpg | Master P. | 42,426KB | Video |
| tonya24@KaZaA | chingy_feat.mpg | chingy feat trina feat JD | 37,038KB | Video |
| tonya24@KaZaA | BIG | Usher ft Lil Jon Ludacris | 5,832KB | Video |
| tonya24@KaZaA | YingYangTwins-SaltShaker.mp3 | Ying Yang Twins | 3,921KB | Audio |
| tonya24@KaZaA | Ying Yang Twins - Naggin.mp3 | Ying Yang Twins | 4,142KB | Audio |
| tonya24@KaZaA | DMX - Slippin.mpg | DMX | 42,960KB | Video |

Found 1,229 files.

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | | | | Search | Shop | Traffic | Tell A Friend

New search | Download | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | DMX - Slippin.mpg | DMX | 42,960KB | Video |
| tonya24@KaZaA | yingyang (1).mp3 | Ying Yang Twins | 2,864KB | Audio |
| tonya24@KaZaA | Young Bloodz feat Lil' Jon -- Damn! (1) (1).mp3 | Youngbloodz | 4,698KB | Audio |
| tonya24@KaZaA | Young Bloodz feat Lil' Jon -- Damn! (2).mp3 | Young bloodz | 4,698KB | Audio |
| tonya24@KaZaA | Youngbloodz, Lil Jon - Damn.MP3 | Young Bloodz | 2,277KB | Audio |
| tonya24@KaZaA | DMX-Get It On The Floor_CLEAN.mp3 | DMX | 4,126KB | Audio |
| tonya24@KaZaA | Tipsy.mp3 | J-Kwon | 9,055KB | Audio |
| tonya24@KaZaA | 03-youngbloodz-damn-cms (2).mp3 | Young Bloodz | 1,319KB | Audio |
| tonya24@KaZaA | Freak-A-Leak.mp3 | Petey Pablo | 5,440KB | Audio |
| tonya24@KaZaA | t.mp3 | Instrumental | 4,322KB | Audio |
| tonya24@KaZaA | Petey Pablo - Raise It Up (Dirty Version).mp3 | Petey Pablo | 4,300KB | Audio |
| tonya24@KaZaA | Eightball _ MJG _ Dont_Want_No_Drama.mp3 | Eightball_MJG | 4,193KB | Audio |
| tonya24@KaZaA | Damn! (1).mp3 | Young Bloodz | 4,698KB | Audio |
| tonya24@KaZaA | Nas - One Mic.mp3 | Nas | 6,504KB | Audio |
| tonya24@KaZaA | EightBall_MJG - Lay it Down.mp3 | eight ball and mjg | 5,073KB | Audio |
| tonya24@KaZaA | 01Mario Winans feat. P.mp3 | MARIO W/P.DIDDY | 5,567KB | Audio |
| tonya24@KaZaA | Richard Marks - Right Here Waiting For You.mp3 | Richard Marks | 3,528KB | Audio |
| tonya24@KaZaA | R. Kelly - Ignition (remix).mp3 | 01-r_kelly-ignition_(remix) | 5,222KB | Audio |
| tonya24@KaZaA | ZZ Top - Legs.mp3 | ZZTop | 4,252KB | Audio |
| tonya24@KaZaA | Winger - Seventeen.mp3 | Winger | 3,834KB | Audio |
| tonya24@KaZaA | Right Said Fred - I'm Too Sexy.mp3 | Right Said Fred | 2,656KB | Audio |
| tonya24@KaZaA | Candlebox - Cover Me.mp3 | Candle Box | 4,469KB | Audio |
| tonya24@KaZaA | Candlebox - Far Behind.mp3 | Candle Box | 4,097KB | Audio |
| tonya24@KaZaA | Sad But True (1).mp3 | Metallica | 5,047KB | Audio |
| tonya24@KaZaA | Candlebox - Change.mp3 | Candle Box | 6,005KB | Audio |
| tonya24@KaZaA | Mötley Crüe - Without You.mp3 | Mötley Crüe | 4,203KB | Audio |
| tonya24@KaZaA | Rob Zombie - "I'm Your Boogie Man.mp3 | White Zombie | 4,215KB | Audio |
| tonya24@KaZaA | Beastie Boys - Brass Monkey.mp3 | Beastie Boys | 2,446KB | Audio |
| tonya24@KaZaA | Pantera - This fuckin' Love.mp3 | Pantera | 4,814KB | Audio |

Found 1229 files    97,060 users online; sharing 86,848,960 files (494,704 GB)    Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | Pantera - This fuckin' Love.mp3 | Pantera | 4,814KB | Audio |
| tonya24@KaZaA | Blind Melon - Change.mp3 | Blind Melon | 3,458KB | Audio |
| tonya24@KaZaA | 04-Eminem-Cleanin_Out_My_Closet-DMB.mp3 | Eminem | 4,657KB | Audio |
| tonya24@KaZaA | Warren G_Nate Dog - Regulator.mp3 | Warren G | 3,008KB | Audio |
| tonya24@KaZaA | Violent Femmes - Gone Daddy Gone.mp3 | Violent Femmes | 2,896KB | Audio |
| tonya24@KaZaA | Coolio - Fantastic Voyage.mp3 | Coolio | 5,224KB | Audio |
| tonya24@KaZaA | White Zombie - More Human.mp3 | White Zombie | 3,677KB | Audio |
| tonya24@KaZaA | white zombie - thunder kiss '65.mp3 | White Zombie | 3,274KB | Audio |
| tonya24@KaZaA | White zombie - Black Sunshine.mp3 | White Zombie | 4,516KB | Audio |
| tonya24@KaZaA | Blind Melon - No Rain.mp3 | Blind Melon | 2,951KB | Audio |
| tonya24@KaZaA | BeeGees - Staying Alive (1).mp3 | Beegees | 4,495KB | Audio |
| tonya24@KaZaA | Track 12.MP3 | Eminem | 5,339KB | Audio |
| tonya24@KaZaA | 02-50_cent-in_da_club_(dirty)-gsm.mp3 | 50 Cent | 5,166KB | Audio |
| tonya24@KaZaA | Evanescence - Bring Me To Life.mp3 | Evanescence | 9,344KB | Audio |
| tonya24@KaZaA | Eminem - Lose Yourself - No Skips Guaranteed - Please Distr... | Eminem | 5,184KB | Audio |
| tonya24@KaZaA | 13 - Superman.mp3 | Eminem | 5,476KB | Audio |
| tonya24@KaZaA | Michael Jackson - Smooth Criminal.mp3 | Michael Jackson | 4,022KB | Audio |
| tonya24@KaZaA | Michael Jackson - The Way U Make Me Feel.mp3 | Michael Jackson | 4,663KB | Audio |
| tonya24@KaZaA | justin_timberlake_-06-rock_your_body-0mni.mp3 | Justin Timberlake | 6,314KB | Audio |
| tonya24@KaZaA | kc_the sunshine band - that's the way i like it.mp3 | K.C. And The Sunshine B... | 3,166KB | Audio |
| tonya24@KaZaA | Color Me Bad - All 4 Love.mp3 | Color Me Badd | 3,301KB | Audio |
| tonya24@KaZaA | TLC - Waterfalls.mp3 | TLC | 3,977KB | Audio |
| tonya24@KaZaA | Technotronic - Pump up the jam.mp3 | Technotronic | 4,662KB | Audio |
| tonya24@KaZaA | Micheal Jackson - Man in the Mirror.MP3 | Michael Jackson | 3,127KB | Audio |
| tonya24@KaZaA | Cypress Hill - Insane In The Brain.mp3 | Cypress Hill | 3,319KB | Audio |
| tonya24@KaZaA | Greatful Dead - I Will Get By.mp3 | Grateful Dead | 5,453KB | Audio |
| tonya24@KaZaA | Garth Brooks - Rodeo.mp3 | Garth Brooks | 3,638KB | Audio |
| tonya24@KaZaA | (Busta Rhymes feat Mariah Carey) - I Know What You Wan... | (Busta Rhymes feat Mari... | 5,078KB | Audio |
| tonya24@KaZaA | Garth Brooks - The Thunder Rolls.mp3 | Garth Brooks | 3,472KB | Audio |

Found 1229 files.

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | Garth Brooks - The Thunder Rolls.mp3 | Garth Brooks | 3,472KB | Audio |
| tonya24@KaZaA | Eminem - 10 - Without Me FULL SONG UNEDITED DIRTY.m... | Eminem | 4,590KB | Audio |
| tonya24@KaZaA | 01-50_cent-in_da_club_(dirty).mp3 | 50 Cent | 3,448KB | Audio |
| tonya24@KaZaA | Tom Petty - Free Falling.mp3 | Tom Petty | 3,898KB | Audio |
| tonya24@KaZaA | Wierd Al - I'm Fat.mp3 | Weird Al Yankovic | 2,971KB | Audio |
| tonya24@KaZaA | Janice Joplin - Son of a Preacher Man.mp3 | Janice Joplin | 2,179KB | Audio |
| tonya24@KaZaA | Maxi Priest - Just Wanna Be Close To You.mp3 | Maxi Priest | 5,113KB | Audio |
| tonya24@KaZaA | TLC - Red Light Special.mp3 | TLC | 3,565KB | Audio |
| tonya24@KaZaA | Cheap Trick - I Want You To Want Me.mp3 | Cheap Trick | 3,507KB | Audio |
| tonya24@KaZaA | Greatful Dead - Cocaine.mp3 | Grateful Dead | 4,135KB | Audio |
| tonya24@KaZaA | Kenny.Wayne.Shepard - Blue on Black.mp3 | Kenny.Wayne.Sheppard... | 5,166KB | Audio |
| tonya24@KaZaA | cry me a river remix.wma | 50Cent | 2,458KB | Audio |
| tonya24@KaZaA | Eddie Rabbit - I Love A Rainy Night.mp3 | Eddie Rabbit | 2,922KB | Audio |
| tonya24@KaZaA | Janice Joplin - Me and Bobbie Mcgee.mp3 | Janis Joplin | 4,286KB | Audio |
| tonya24@KaZaA | Everlast - What It's Like.mp3 | Everlast | 4,739KB | Audio |
| tonya24@KaZaA | ashanti - rain on me (1).wma | Ashanti | 2,942KB | Audio |
| tonya24@KaZaA | Tom Petty - Great wide open.mp3 | Tom Petty | 3,446KB | Audio |
| tonya24@KaZaA | Counting Crows, Weezer, Tom Petty - Mary Jane's Last ... | Tom Petty | 4,248KB | Audio |
| tonya24@KaZaA | Jaheim - 19 - Forever.mp3 | Jaheim | 3,824KB | Audio |
| tonya24@KaZaA | Jaheim - 05 - Put That Woman First - Still Ghetto.mp3 | Jaheim | 3,842KB | Audio |
| tonya24@KaZaA | Old School Rap - N 2 Deep - Back To The Hotel.mp3 | N 2 Deep | 4,786KB | Audio |
| tonya24@KaZaA | FaBuLoUs Ft LiL mO-cAnT leT u Go.mp3 | Fabolous Feat. Lil Mo | 3,553KB | Audio |
| tonya24@KaZaA | Mya Feat. Missy - My Love Is Like Whoa.mp3 | Mya Feat. Missy | 3,300KB | Audio |
| tonya24@KaZaA | U Dont Know Me.mp3 | Ashanti Feat.Brandy Da... | 3,766KB | Audio |
| tonya24@KaZaA | BILLY GILMAN - ONE VOICE.mp3 | 3 | 3,940KB | Audio |
| tonya24@KaZaA | jlo.mp3 | J-lo feat. R.Kelly | 5,269KB | Audio |
| tonya24@KaZaA | The Whispers - Say Yes.mp3 | Whispers | 3,699KB | Audio |
| tonya24@KaZaA | R. Kelly - Thoia Thoing.mp3 | R. Kelly | 3,512KB | Audio |
| tonya24@KaZaA | Slow Songs - I knew I loved you (1).mp3 | Savage Garden | 1,658KB | Audio |

Found 1229 files.  97,060 users online, sharing 86,846,960 files (484,704 GB)  Not sharing any files

# Kazaa - [Search]

File | View | Player | Tools | Actions | Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | MediaType | |
|---|---|---|---|---|---|
| tonya24@KaZaA | Slow Songs - I knew I loved you (1).mp3 | Savage Garden | 1,658KB | Audio | |
| tonya24@KaZaA | Ashanti - Rock Wit U (Aww Baby).mp3 | Ashanti | 5,134KB | Audio | |
| tonya24@KaZaA | Leann_Rimes-Life_Goes_On.mp3 | LeAnne Rymes | 3,377KB | Audio | |
| tonya24@KaZaA | 50 cent - its your birthday.mp3 | 50 cent | 5,666KB | Audio | |
| tonya24@KaZaA | 50 Cent - G-Unit (1) (1).mp3 | 50 Cent | 4,208KB | Audio | |
| tonya24@KaZaA | RB-Rap Mix (DJ DRU) - Mystikal, JayZ, Joe, Nelly, Mya, L... | 3 | 2,904KB | Audio | Mystikal, JayZ, Joe, Nelly, M... |
| tonya24@KaZaA | trickdaddy - Thug Holiday (1).mp3 | Trick daddy | 3,404KB | Audio | |
| tonya24@KaZaA | Billy Gilman- Because You Love Me.mp3 | Billy Gilman/Jo Dee Messi... | 3,600KB | Audio | Because You Love Me... |
| tonya24@KaZaA | Jagged Edge - 08 - Best man.mp3 | [My Albums.com] Jagged... | 3,952KB | Audio | |
| tonya24@KaZaA | 05-cd1-jay-z-excuse_me_miss-(www.Mp3s.4-all.org).mp3 | -(www.Mp3s.4-all.org )- | 4,396KB | Audio | Do that |
| tonya24@KaZaA | Captain And Tenille - Do That To Me One More Time.mp3 | Captain_Tenille | 3,680KB | Audio | |
| tonya24@KaZaA | Queen - Bohemian Rhapsody.mp3 | Queen | 4,820KB | Audio | |
| tonya24@KaZaA | Christmas Songs - funny -"Grandma Got Run Over By A Re... | 3 | 2,549KB | Audio | Christmas Songs - funny - Grand... |
| tonya24@KaZaA | Christmas music - Adult comedy - grandpa got run over by ... | 3 | 2,268KB | Audio | Christmas music - Adult comedy -... |
| tonya24@KaZaA | 2pac - Until The End Of Time - High Til I die.mp3 | Tupac/Makaveli | 2,900KB | Audio | death |
| tonya24@KaZaA | resurrection-soundtrack-death around the corner-tupac.m... | tupac | 7,531KB | Audio | |
| tonya24@KaZaA | (rap 2) bone thugs-n-harmony - tha crossroads (remix feat... | 3 | 3,121KB | Audio | (rap 2) bone thugs-n-harmony - th... |
| tonya24@KaZaA | Lil Jon and the Eastside Boys- From The Window To The ... | Lil Jon and The East Side... | 7,833KB | Audio | From The W... |
| tonya24@KaZaA | John and the East Side Boys- Oh! Na Na Na Naa.mp3 | Lil Jon and Eastside Boyz ... | 4,533KB | Audio | I... |
| tonya24@KaZaA | Lil Jon_The East Side Boys - Go-Shawty go.mp3 | LIL JON and the EASTSID... | 3,724KB | Video | |
| tonya24@KaZaA | Hank Jr. Kid Rock - Whiskey Bent And Hell Bound.mp3 | Hank Williams Jr. and Kid ... | 2,283KB | Audio | Whiskey B... |
| tonya24@KaZaA | Lost Prophets - Last Train Home.mpg | lostprophets | 41,042KB | Video | |
| tonya24@KaZaA | Destiny's Child - Bills, Bills, Bills.mp3 | Destinys Child | 5,993KB | Audio | |
| tonya24@KaZaA | Three Six Mafia - Mosh Pit.mp3 | Three 6 Mafia | 3,409KB | Audio | Mosh Pit Ft. Josey |
| tonya24@KaZaA | Freestyle Kings - Lone Star Ballers 2k2 - Track 7 - Move Bit... | Freestyle Kings | 4,250KB | Audio | Fr... |
| tonya24@KaZaA | Lil Jon ft (1).mp3 | Lil Jon Feat. Nas And The... | 4,505KB | Audio | |
| tonya24@KaZaA | mystical and ludacris - move bitch get out the way.mp3 | mystical and ludacris | 4,265KB | Audio | move bit... |
| tonya24@KaZaA | Kanye West-college dropout-THROUGH THE WIRE.mp3 | Kanye West | 5,620KB | Audio | Th... |
| tonya24@KaZaA | David Allen Coe- Leroy the big lipped nigger.mp3 | David Allen Coe | 1,346kB | Audio | Leroy... |

Found 229 files | 97,060 users online, sharing 86,848,960 files (484,704 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | [Download] | Search | [Player] | [Traffic] | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| tonya24@KaZaA | Three Six Mafia - Mosh Pit .mp3 | Three 6 Mafia | 3,409KB | Audio |
| tonya24@KaZaA | Freestyle Kings - Lone Star Ballers 2k2 - Track 7 - Move Bit... | Freestyle Kings | 4,250KB | Audio |
| tonya24@KaZaA | Lil Jon ft (1).mp3 | Lil Jon Feat. Nas And The... | 4,505KB | Audio |
| tonya24@KaZaA | mystical and ludacris - move bitch get out the way.mp3 | mystical and ludacris | 4,265KB | Audio |
| tonya24@KaZaA | Kanye West-college dropout-THROUGH THE WIRE.mp3 | Kanye West | 5,620KB | Audio |
| tonya24@KaZaA | David Allen Coe- Leroy the big lipped rigger.mp3 | David Allen Coe | 1,346KB | Audio |
| tonya24@KaZaA | Comedy-Devil went down to Jamica.mp3 | Comedy | 2,517KB | Audio |
| tonya24@KaZaA | Willie Nelson - On The Road Again.mp3 | Willie Nelson | 2,389KB | Audio |
| tonya24@KaZaA | Hank William's Junior -- All My Rowdy Friends.mp3 | Hank williams Jr. | 2,064KB | Audio |
| tonya24@KaZaA | Loretta Lynn-Don't Come Home A-Drinkin'.mp3 | Loretta Lynn | 1,992KB | Audio |
| tonya24@KaZaA | ludacris - Word of Mouf - 10 - move bitch ft mystikal.mp3 | Ludacris | 6,361KB | Audio |
| tonya24@KaZaA | Red Sovine - Teddy Bear.mp3 | Red Sovine | 4,760KB | Audio |
| tonya24@KaZaA | Bone Thugs-N-Harmony-Weed Song.mp3 | Bone Thugs-N-Harmony | 3,907KB | Audio |
| tonya24@KaZaA | Bone Thugz 'n Harmony - Foe Tha Love Of $.mp3 | Bone Thugs and Harmony | 4,256KB | Audio |
| tonya24@KaZaA | Folder.jpg | Unknown | 11KB | Image |
| tonya24@KaZaA | AlbumArtSmall.jpg | Unknown | 2KB | Image |
| tonya24@KaZaA | AlbumArt_{14806673A-78BB-4DE6-9289-3A80822FD0D4}_... | Unknown | 3KB | Image |
| tonya24@KaZaA | AlbumArt_{14806673A-78BB-4DE6-9289-3A80822FD0D4}_... | Unknown | 15KB | Image |
| tonya24@KaZaA | desktop.ini | Unknown | 0KB | |
| tonya24@KaZaA | Promise- Jagged Edge.mp3 | Jagged edge | 3,866KB | Audio |
| tonya24@KaZaA | 50 Cent ft Tony Yayo-Freestyle(Bump That beat) (1).mp3 | 50 cent ft Tony Yayo | 4,482KB | Audio |
| tonya24@KaZaA | 2 Pac - Shorty Gonna Be A Thug.mp3 | 2 Pac | 2,500KB | Audio |
| tonya24@KaZaA | 2pac - Dear Mamma.mp3 | 2 Pac | 4,372KB | Audio |
| tonya24@KaZaA | Hank williams Jr. - Kid Rock - Family Tradition.mp3 | Kidrock and Hank williams... | 4,558KB | Audio |
| tonya24@KaZaA | KC_Jojo - angel from above.mp3 | KC and Jo Jo | 3,334KB | Audio |
| tonya24@KaZaA | JESSICA SIMPSON - i wanna love you forever.mp3 | JESSICA SIMPSON | 6,100KB | Audio |
| tonya24@KaZaA | Jessica Simpson - I Think I Am In Love With You.mp3 | Jessica Simpson | 3,090KB | Audio |
| tonya24@KaZaA | jessica simpson - angels (1).mp3 | Jessica Simpson | 3,819KB | Audio |
| tonya24@KaZaA | r kelly-ill_never_leave-Omni.mp3 | R Kelly | 5,280KB | Audio |

Found 1229 files | 67,060 users online, sharing 866,846,960 files (484,704 GB) | Not Sharing any files