E-FILED
Thursday, 24 March, 2005  04:05:41 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

APPEARANCE

**MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,**

　　　　　Plaintiffs,

v.

**ROD SKOWRONSKI,**

　　　　　Defendant.

Case No. 05-2077

FILED
MAR 24 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

To the Clerk of the court and all parties of record:

Enter my appearance as counsel in this case for Plaintiffs.

I certify that I am admitted to practice in this court.

3/24/05
Date

Signature

| Darren J. Schmidt | 6278393 |
|---|---|
| Print Name | Bar Number |

Jenner & Block LLP, One IBM Plaza
Address

| Chicago | IL | 60611 |
|---|---|---|
| City | State | Zip Code |

| (312) 222-9350 | (312) 527-0484 |
|---|---|
| Phone Number | Fax Number |