UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

APPEARANCE

**MAVERICK RECORDING COMPANY,** a California joint venture; **UMG RECORDINGS, INC.,** a Delaware corporation; **SONY BMG MUSIC ENTERTAINMENT,** a Delaware general partnership; **CAPITOL RECORDS, INC.,** a Delaware corporation; and **ARISTA RECORDS LLC,** a Delaware limited liability company,

          Plaintiffs,

v.

**ROD SKOWRONSKI,**

          Defendant.

Case No. 05-2077

FILED
MAR 24 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

To the Clerk of the court and all parties of record:

Enter my appearance as counsel in this case for Plaintiffs.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/24/05 | /s/ |
| Date | Signature |
| | C. Steven Tomashefsky     6191855 |
| | Print Name     Bar Number |
| | Jenner & Block LLP, One IBM Plaza |
| | Address |
| | Chicago     IL     60611 |
| | City     State     Zip Code |
| | (312) 222-9350     (312) 527-0484 |
| | Phone Number     Fax Number |