

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
Central District of Illinois

**MAVERICK RECORDING COMPANY**, a California joint venture; **UMG RECORDINGS, INC.**, a Delaware corporation; **SONY BMG MUSIC ENTERTAINMENT**, a Delaware general partnership; **CAPITOL RECORDS, INC.**, a Delaware corporation; and **ARISTA RECORDS LLC**, a Delaware limited liability company,

V.

**ROD SKOWRONSKI**

SUMMONS IN A CIVIL CASE

CASE NUMBER: **05-2077**

TO:
**ROD SKOWRONSKI**
1070 N. Oakdale Avenue
Decatur, IL 62522

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

C. Steven Tomashefsky
Darren J. Schmidt
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611

Phone: (312) 222-9350
Fax:   (312) 527-0484

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable

s/John M. Waters
CLERK

DATE 3/24/05

s/V. Ball
(BY) DEPUTY CLERK