AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>Central District of Illinois<br>218 U.S. Courthouse<br>201 S. Vine Street<br>Urbana, IL 61802 |
|---|---|
| DOCKET NO. 05-2077 | DATE FILED 3/24/05 |

| PLAINTIFF<br>MAVERICK RECORDING CO.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, INC.; and ARISTA RECORDS LLC | DEFENDANT<br>ROD SKOWRONSKI |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## ROD SKOWRONSKI

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | DMX | Ruff Ryders' Anthem | It's Dark And Hell Is Hot | 252-613 |
| Sony BMG Music Entertainment | Destiny's Child | Bills, Bills, Bills | The Writing's on the Wall | 268-936 |
| Capitol Records, Inc. | Poison | Fallen Angel | Open Up & Say....Ahh! | 93-741 |
| Arista Records LLC | TLC | No Scrubs | Fanmail | 298-454 |
| Capitol Records, Inc. | Poison | Unskinny Bop | Flesh and Blood | 119-355 |
| Arista Records LLC | TLC | Red Light Special | CrazySexyCool | 198-743 |
| UMG Recordings, Inc. | Avant | Separated | My Thoughts | 281-220 |
| Maverick Recording Company | Candlebox | Far Behind | Candlebox | 171-393 |