UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ROD SKOWRONSKI,<br><br>　　　　Defendant. | Case No.: 05-2077<br><br>The Hon. Michael P. McCuskey |

**REQUEST TO ENTER DEFAULT;**

**DECLARATION OF DARREN J. SCHMIDT IN SUPPORT THEREOF**

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of Darren J. Schmidt ¶ 5.

Plaintiffs served the Summons and Complaint on Defendant on March 31, 2005, by personal service, as evidenced by the proof of service on file with this Court. Id. ¶ 2. Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the

1

Complaint.  Id. ¶ 4.  Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service.  Id. ¶ 6-7.

DATED:  April 26, 2005

MAVERICK RECORDING CO.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, INC.; and ARISTA RECORDS LLC

By:      s/   Darren  J.  Schmidt
   One of their Attorneys

   C. Steven Tomashefsky – Lead Counsel
   Darren J. Schmidt
   JENNER & BLOCK LLP
   One IBM Plaza
   Chicago, Illinois 60611
   Phone:  (312) 222-9350
   Fax:     (312) 527-0484

# DECLARATION OF DARREN J. SCHMIDT

I, Darren J. Schmidt, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of Illinois and this United States District Court. I am an attorney in the law firm of Jenner & Block LLP, attorneys for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On March 24, 2005, Plaintiffs filed the Complaint in this case against Defendant. Attached hereto as Exhibit A is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant was served with the Summons and Complaint on March 31, 2005, by personal service.

3. More than 20 days have elapsed since the date on which service of the Summons and Complaint was effective.

4. Neither Plaintiffs nor the Court have granted Defendant any extension of time to respond to the Complaint.

5. Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

6. I am informed and believe that Defendant is not an infant or incompetent person.

7.	A search for Defendant's name was conducted in the U.S. Military Locator database of LexisNexis.  That search revealed no evidence that Defendant is in the military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 26, 2005 at Chicago, Illinois.

                                                      _____s/   Darren  J.  Schmidt_____
                                                      DARREN J. SCHMIDT

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following [n/a], and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant: Rod Skowronski, 1070 North Oakdale Avenue, Decatur, Illinois 62522.

                                              s/ Darren J. Schmidt
Darren J. Schmidt #06278393
Attorney for Plaintiffs
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 840-7477
(312) 840-7577