AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,

V.

ROD SKOWRONSKI

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-2077

TO:
ROD SKOWRONSKI
1070 N. Oakdale Avenue
Decatur, IL 62522

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

C. Steven Tomashefsky
Darren J. Schmidt
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611

Phone: (312) 222-9350
Fax:   (312) 527-0484

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters

JOHN M. WATERS, CLERK

s/V. Ball

(By) DEPUTY CLERK

DATE 3/24/05

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE 03/31/05

Service of the Summons and complaint was made by me[(1)]

NAME OF SERVER *(PRINT)*  TITLE Private Process Server

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.   Place where served: 1070 N. Oakdale Decatur IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

TRAVEL          SERVICES  55.00          TOTAL  55.00

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/1/05
         Date            Signature of Server            LIC# 033358

RR2 Box 114A Tower Hill, IL 62571
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.