UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISON

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ROD SKOWRONSKI,<br><br>　　　　　Defendant. | Case No.: 05-2077<br><br>The Hon. Michael P. McCuskey |

**DEFAULT BY CLERK**

It appearing from the records in this action that Summons has been served upon Defendant Rod Skowronski, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Rod Skowronski has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Rod Skowronski hereby is entered.

DATED: _____        By:_____
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk