IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ROD SKOWRONSKI,<br><br>Defendant. | Case No.: 05-2077<br><br>The Hon. Michael P. McCuskey |

**NOTICE OF ENTRY OF DEFAULT**

TO DEFENDANT:

PLEASE TAKE NOTICE that, on April 27, 2005, the Court entered the default of Defendant. A copy of the Order is attached hereto as Exhibit A, and incorporated herein by this reference.

DATED: April 28, 2005

MAVERICK RECORDING CO.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, INC.; and ARISTA RECORDS LLC

By: ___s/ Darren J. Schmidt___
One of their Attorneys

C. Steven Tomashefsky – Lead Counsel
Darren J. Schmidt
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
Phone: (312) 222-9350
Fax: (312) 527-0484

CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following [n/a], and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant: Rod Skowronski, 1070 North Oakdale Avenue, Decatur, Illinois 62522.

                                                                                                                     _____s/ Darren J. Schmidt_____
                                                                 Darren J. Schmidt #06278393
Attorney for Plaintiffs
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 840-7477
(312) 840-7577