E-FILED
 Wednesday, 27 April, 2005 12:38:20 PM
 Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; and ARISTA RECORDS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br>v.<br><br>ROD SKOWRONSKI,<br><br>Defendant. | Case No. 05-CV-2077 |

## ORDER

On March 24, 2005, Plaintiffs filed their Complaint (#1) against Defendant, Rod Skowronski. On April 26, 2005, Plaintiffs filed a Request to Enter Default (#12). Plaintiffs attached a Declaration of Darren J. Schmidt and a copy of the Summons issued in this case which showed that Defendant was served with Summons and a copy of the Complaint on March 31, 2005. Following review of this documentation, this court concludes that Plaintiffs are entitled to the relief sought.

IT IS THEREFORE ORDERED THAT:

(1) Plaintiffs' Request to Enter Default (#12) is GRANTED. Default is entered against Defendant for his failure to file an appearance or response to the Complaint in a timely manner.

(2) Plaintiffs are allowed thirty (30) days from the entry of this Order to make application for the entry of a default judgment against Defendant. If no Motion for Default Judgment is filed within thirty (30) days, this case is subject to dismissal for failure to prosecute.

ENTERED this 27th day of April, 2005

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF JUDGE