**E-FILED**
Wednesday, 11 May, 2005  03:25:33 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> ROD SKOWRONSKI, <br><br> Defendant. | Case No.: 05-2077 <br><br> The Hon. Michael P. McCuskey |

**[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1.    Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,00.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Three Hundred and Five Dollars ($305.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Ruff Ryders' Anthem," on album "It's Dark And Hell Is Hot," by artist "DMX" (SR# 252-613);
- "Bills, Bills, Bills," on album "The Writing's on the Wall," by artist "Destiny's Child" (SR# 268-936);
- "Fallen Angel," on album "Open Up & Say....Ahh!," by artist "Poison" (SR# 93-741);
- "No Scrubs," on album "Fanmail," by artist "TLC" (SR# 298-454);
- "Unskinny Bop," on album "Flesh and Blood," by artist "Poison" (SR# 119-355);
- "Red Light Special," on album "CrazySexyCool," by artist "TLC" (SR# 198-743);
- "Separated," on album "My Thoughts," by artist "Avant" (SR# 281-220);
- "Far Behind," on album "Candlebox," by artist "Candlebox" (SR# 171-393);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for

distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: _____            By: _____
                                                                                              Hon. Michael P. McCuskey
                                                                                              United States District Judge