UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; and ARISTA RECORDS, LLC, a Delaware limited liability company,**<br><br>            **Plaintiffs,**<br>   v.<br><br>**ROD SKOWRONSKI,**<br><br>            **Defendant.** | Case No. 05-CV-2077 |

## ORDER

On April 27, 2005, this court entered an Order (#13) which entered default against Defendant, Rod Skowronski, for his failure to file an appearance or response to the Complaint in a timely manner. This court allowed Plaintiffs thirty days to make application for the entry of a default judgment against Defendant.

On May 11, 2005, Plaintiffs filed their Application for Entry of Default Judgment (#15). Plaintiffs included citations of pertinent authority and the Declaration of Darren J. Schmidt in support of their request for a default judgment. This court concludes that Plaintiffs have shown that they are entitled to the relief requested.

IT IS THEREFORE ORDERED THAT:

(1) Plaintiffs' Application for Entry of Default Judgment (#15) is GRANTED.

(2) Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of $6,000.00.

(3) Defendant shall pay Plaintiffs' costs of suit in the amount of $305.00.

(4) Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs'

rights under federal or state law in the following copyrighted sound recordings:

- "Ruff Ryders' Anthem," on album "It's Dark And Hell is Hot," by artist "DMX" (SR# 252-613);

- "Bills, Bills, Bills," on album "The Writing's on the Wall," by artist "Destiny's Child" (SR# 268-936);

- "Fallen Angel," on album "Open Up & Say. . . .Ahh!," by artist "Poison" (SR# 93-741);

- "No Scrubs," on album "Fanmail," by artist "TLC" (SR# 298-454);

- "Unskinny Bop," on album "Flesh and Blood," by artist "Poison" (SR# 119-355);

- "Red Light Special," on album "CrazySexyCool," by artist "TLC" (SR# 198-743);

- "Separated," on album "My Thoughts," by artist "Avant" (SR# 281-220);

- "Far Behind," on album "Candlebox," by artist "Candlebox" (SR# 171-393);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

ENTERED this 16th day of May, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF JUDGE