AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**MAVERICK RECORDING COMPANY, a California joint venture; UMC RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; and ARISTA RECORDS, LLC, a Delaware limited liability company,**

        **Plaintiffs,**

      vs.                                                                                                  Case Number:   **05-2077**

**ROD SKOWRONSKI,**
        **Defendant.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiffs and against the defendant.

    **IT IS FURTHER ORDERED AND ADJUDGED** that defendant shall pay damages to plaintiffs for infringement of plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of $6,000.00.

    **IT IS FURTHER ORDERED AND ADJUDGED** that defendant shall pay plaintiffs' costs of suit in the amount of $305.00.

    **IT IS FURTHER ORDERED AND ADJUDGED** defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Ruff Ryders' Anthem," on album "It's Dark And Hell is Hot," by artist
    "DMX" (SR# 252-613);

- "Bills, Bills, Bills," on album "The Writing's on the Wall," by artist "Destiny's Child" (SR# 268-936);

- "Fallen Angel," on album "Open Up & Say. . . .Ahh!," by artist "Poison" (SR# 93-741);

- "No Scrubs," on album "Fanmail," by artist "TLC" (SR# 298-454);

- "Unskinny Bop," on album "Flesh and Blood," by artist "Poison" (SR# 119-355);

- "Red Light Special," on album "CrazySexyCool," by artist "TLC" (SR# 198-743);

- "Separated," on album "My Thoughts," by artist "Avant" (SR# 281-220);

- "Far Behind," on album "Candlebox," by artist "Candlebox" (SR# 171-393);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

ENTER this 16th day of May, 2005.

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ M. Talbott
BY: DEPUTY CLERK