AO 121 (6/90)

**E-FILED**
Monday, 16 May, 2005 10:17:31 AM
Clerk, U.S. District Court, ILCD

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | US District Court, CDIL<br>201 S Vine St<br>Urbana, IL 61803 |
| DOCKET NO. | DATE FILED |
| 05-2077 | 3/24/05 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Maverick Recording Company, et al | Rod Skowronski |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See attached Exhibit A | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order  ☒ Judgment | ☒ Yes  ☐ No | 5/16/05 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| John M. Waters | M. Talbott | 5/16/05 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# EXHIBIT A

## ROD SKOWRONSKI

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | DMX | Ruff Ryders' Anthem | It's Dark And Hell Is Hot | 252-613 |
| Sony BMG Music Entertainment | Destiny's Child | Bills, Bills, Bills | The Writing's on the Wall | 268-936 |
| Capitol Records, Inc. | Poison | Fallen Angel | Open Up & Say....Ahh! | 93-741 |
| Arista Records LLC | TLC | No Scrubs | Fanmail | 298-454 |
| Capitol Records, Inc. | Poison | Unskinny Bop | Flesh and Blood | 119-355 |
| Arista Records LLC | TLC | Red Light Special | CrazySexyCool | 198-743 |
| UMG Recordings, Inc. | Avant | Separated | My Thoughts | 281-220 |
| Maverick Recording Company | Candlebox | Far Behind | Candlebox | 171-393 |